No. 24-5375

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SCOTT SPEAR, *et al.*,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**APPELLANT'S NOTICE OF PAYMENT
OF FILING AND DOCKETING FEES**

_____

Alyssa D. Bell
COHEN WILLIAMS LLP
*724 South Spring Street, 9th Floor*
*Los Angeles, CA 90014*
*(213) 232-5160*
*abell@cohen-williams.com*


*Attorneys for Scott Spear*

Defendant-Appellant Scott Spear hereby respectfully advises the Court that the filing and docketing fees, in the amount of $605.00, have been paid to the United States District Court, District of Arizona. Proof of this payment is attached hereto as Exhibit A.

Dated: September 27, 2024  **COHEN WILLIAMS LLP**

By:    */s/ Alyssa D. Bell*
      Alyssa D. Bell

*Attorneys for Scott Spear*

1

# EXHIBIT A

**Subject:** FW: FW: Pay.gov Payment Confirmation: ARIZONA DISTRICT COURT

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, September 26, 2024 2:20 PM
To: Feder Law <fl@federlawpa.com>
Subject: Pay.gov Payment Confirmation: ARIZONA DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Help Desk at 602-322-7200.

  Account Number: 2548465
  Court: ARIZONA DISTRICT COURT
  Amount: $605.00
  Tracking Id: AAZDC-23506688
  Approval Code: 00223D
  Card Number: ************1594
  Date/Time: 09/26/2024 05:20:07 ET

NOTE: This is an automated message. Please do not reply