UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>SCOTT SPEAR,<br><br>    Defendant - Appellant. | No. 24-5375<br><br>D.C. No.<br>2:18-cr-00422-DJH-3<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SCOTT SPEAR,<br><br>    Defendant - Appellee. | No. 24-5748<br>D.C. No.<br>2:18-cr-00422-DJH-3<br>District of Arizona,<br>Phoenix |

Before: CHRISTEN, OWENS, and BRESS, Circuit Judges.

In light of the district court's September 27, 2024 order, these appeals are remanded to the district court for the limited purpose of enabling the district court to consider defendant-appellant's September 27, 2024 emergency motion. *See* Fed. R. Crim. P. 37.