Nos. 24-5374, 24-5375, 24-5376, 24-5748, 24-5750

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JOHN BRUNST AND SCOTT SPEAR,

*Defendant-Appellants.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

APPELLANTS' JOINT REPLY IN SUPPORT OF THEIR JOINT
MOTION FOR BAIL PENDING APPEAL UNDER FEDERAL RULE
OF APPELLATE PROCEDURE 9 AND CIRCUIT RULE 9-1.2

_____

**APPELLANTS JOHN BRUNST AND SCOTT SPEAR'S MOTION TO
EXCEED TYPE-VOLUME LIMITS; DECLARATION OF ALYSSA D. BELL**

_____

Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100
glincenberg@birdmarella.com
gpanchapakesan@birdmarella.com
mlandman@birdmarella.com
*Attorneys for Defendant-Appellant
John ("Jed") Brunst*

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
(213) 232-5160
abell@cohen-williams.com
*Attorneys for Defendant-Appellant
Scott Spear*

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 32-2, Counsel for Appellants John Brunst and Scott Spear respectfully request leave to file Appellants' Reply Brief, which contains 6,727 words. The accompanying Declaration of Counsel sets forth "extraordinary and compelling need" for granting this request. The government takes no position on Appellants' request.

Dated:  November 5, 2024	**COHEN WILLIAMS LLP**

By:  */s/ Alyssa D. Bell*
Alyssa D. Bell

*Attorney for Scott Spear*

Dated:  November 5, 2024	**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**

By:  */s/ Gary Lincenberg*
Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman

*Attorneys for John ("Jed") Brunst*

1

## DECLARATION OF ALYSSA D. BELL

I, Alyssa D. Bell, hereby declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am a partner at Cohen Williams LLP and counsel of record for Appellant Scott Spear in the above-captioned appeal. I have personal knowledge of the matters in this declaration.

2. Appellants John Brunst and Scott Spears' proposed Reply Brief in support of their Motion for Bail Pending Appeal contains 6,727 words, excluding exempted portions, which exceeds the word limit set forth in Federal Rule of Appellate Procedure 27 (5,200 words for Appellants' joint reply brief).

3. Under Circuit Rule 32-2, motions to exceed the type-volume limitation "will be granted only upon a showing of diligence and substantial need." These conditions are satisfied here.

4. This case involves complex legal issues and a lengthy record that spans over 2,200 docket entries and 8,000 pages of trial transcripts.

5. Appellants' appeal will raise numerous matters of first impression, including whether the First Amendment and the Travel Act bar Appellants' convictions under the novel liability-by-notice theory of prosecution presented at trial, whether the jury was improperly instructed on First Amendment principles, whether Appellants' convictions are premised on an invalid boundless conspiracy,

2

and whether Appellants were erroneously precluded from testifying in their own defense on the issue of good faith.

6. The government's Opposition to Appellants' Motion dedicates approximately fifteen pages to a discussion of the trial record, although many of the issues Appellants raised involve purely legal questions. Responding to the government's heavily fact-bound arguments has required substantial briefing, which is not typically necessary in a reply brief.

7. Counsel for Appellants have worked diligently to present their arguments as concisely as possible, and have made difficult decisions to forego multiple rebuttal arguments that together totaled several thousand words.

8. Counsel believes that filing the Reply Brief in its current form is necessary to preserve the integrity of the arguments made in Appellants' Motion and that, if this motion is denied, Appellants will be forced to abandon rebuttal arguments critical to the Court's evaluation of the merits of their Motion.

9. For the foregoing reasons, Counsel submit that this is an extraordinary case that presents a "compelling need" for relief from the type-volume limitation set forth in Circuit Rule 28.1-1(c). Counsel therefore respectfully request that the Court grant this motion and permit Appellants to file the Reply Brief as written.

10. The government takes no position on the instant motion.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of November, 2024, at Los Angeles, California.

                                                */s/ Alyssa D. Bell*
                                                Alyssa D. Bell