Nos. 24-5374, 24-5375, 24-5376

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SCOTT SPEAR

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 25 OF 55**

_____

Gary S. Lincenberg
Gopi K. Panchapakesan
Michael C. Landman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM,
LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:  (310) 201-2100
glincenberg@birdmarella.com
gpanchapakesan@birdmarella.com
mlandman@birdmarella.com

*Attorneys for Defendant-Appellant John
("Jed") Brunst*

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
abell@cohen-williams.com

*Attorneys for Defendant-Appellant Scott
Spear*

Erin McCampbell Paris
MAURICE WUTSCHER, LLP
50 Fountain Pl., Suite 1400
Buffalo, NY 14202
Telephone: (716) 261-4703
eparis@mauricewutscher.com

*Attorneys for Defendant-Appellant
Michael Lacey*

Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA,
LLP
42 Delaware Avenue
Buffalo, NY 14202
Telephone: (716) 849-1333
pcambria@lglaw.com

*Attorneys for Defendant-Appellant
Michael Lacey*

 **Post Ad**

San Diego County

administration > backpage.com > san diego adult entertainment > san diego escorts

< Previous | Next >

This ad is not live. Status: Removed by Me

Report Ad

# New In Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair - 18
Posted: Sunday, November 23, 2014 12:54 AM

View Account

Delete this Ad   [ Global Delete ]   Email: kristinasaylor56@gmail.com   [ +SPAM+ ]

 Reply

**ER 6888**

DOJ-BP-0004719354



**ER 6889**

DOJ-BP-0004719355



**ER 6890**

DOJ-BP-0004719356



**ER 6891**

DOJ-BP-0004719357



**ER 6892**

DOJ-BP-0004719358



**ER 6893**

DOJ-BP-0004719359





DOJ-BP-0004719361



Hi My name is ~Fire~ I am one of a kind I love to please and make the most out of ur experience with me I am ready to make Your fantasy come true so stop wasting time and call for my outstanding rates 7-6-0-9-1-2-1-7-2-0 ask for Fire!!
No explicit talk

Poster's age: 18

- Location: North SD County, Oceanside,vista,carlsbad

- Post ID: 17777964 sandiego

Email this ad

**Administrative Data:**

ER 6896

DOJ-BP-0004719362

Partner: San Diego
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (4)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Removed by Me   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 11-23-2014 - Invoice 17781194 with CardRef 5975577
$12.00 on 11-22-2014 - Invoice 17778845 with CardRef 5975577
$12.00 on 11-22-2014 - Invoice 17777965 with CardRef 5975577

Recent Name: Leon Daniels
Recent Phone: Unknown
Email:            kristinasaylor56@gmail.com
            [ +SPAM+ ]

User Created: Sunday, September 14, 2014
            01:23 PM PDT
Email Verified: Sunday, November 23, 2014
            01:54 PM PST

Ad Created:   Saturday, November 22, 2014
            05:03 PM PST
            IP address 172.56.40.124

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.

Deleted by: bp82



○ Keep deleted   ○ Restore   ○ Remove

[Update Ad]

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

sandiego.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**ER 6897**
DOJ-BP-0004719363

## Class: Invoice

DELETE

Last modified on Sunday November 23, 2014 at 12:54 AM, by sdo_backpage.

▸ Update



| InvoiceDate | 11-23-2014 |
| --- | --- |
| AdType | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| Status | Live |
| ID | txHrE4S8kmQDcGKiY6icTg |
| Processed | Yes |
| Partner | San Diego (sandiego.backpage.com) |
| Category | adult entertainment: escorts   CHOOSE |
| Ad | New In Town Super Hot Skinny Mixed Cuban Girl V   CHOOSE |
| AdOid | 17777964 |

## Customer

| User | kristinasaylor56@gmail.com   CHOOSE |
| --- | --- |
| Email | kristinasaylor56@gmail.com |
| Name | Leon Daniels |
| Address | 6947 Mohawk trail apt 4 |
| City | yucca valley |
| State | ca |
| Zip | 92284 |
| Phone | |
| IP | 172.56.40.124 |

## Subtotals

| OnlinePrice | 12.00 |
| --- | --- |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

**ER 6898**

DOJ-BP-0004719364

## Promotions

| PromotionCode | | |
|---|---|---|
| PrintPromotion | |  CHOOSE |
| | Note: separate multiple values with a pipe "|" | |
| Affiliate | | |

## Payment Information

| ApprovalCode | APPROVED, 742750, a0a7a96c8430869244, 2014 |
|---|---|
| IdStamp | 64024928 |
| CardRef | 5975577 |

Update

**ER 6899**

DOJ-BP-0004719365

## Class: Invoice

Last modified on Saturday November 22, 2014 at 7:25 PM, by sdo_backpage.

 DELETE

▶ Update

| | |
|---|---|
| **InvoiceDate** | 11-22-2014 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | qvKaMFESLKvKnY87zCcWiA |
| **Processed** | Yes |
| **Partner** | San Diego (sandiego.backpage.com) ▾ |
| **Category** | adult entertainment: escorts  ✔ CHOOSE |
| **Ad** | New In Town Super Hot Skinny Mixed Cuban Girl V  ✔ CHOOSE |
| **AdOid** | 17777964 |

## Customer

| | |
|---|---|
| **User** | kristinasaylor56@gmail.com  ✔ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | Leon Daniels |
| **Address** | 6947 Mohawk trail apt 4 |
| **City** | yucca valley |
| **State** | ca |
| **Zip** | 92284 |
| **Phone** | |
| **IP** | 172.56.40.124 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

**ER 6900**

DOJ-BP-0004719366



## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion | <br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

 CHOOSE

## Payment Information

| ApprovalCode | APPROVED, 709883, 820418404541646403, 201 |
|---|---|
| IdStamp | 64010736 |
| CardRef | 5975577 |

Update

**ER 6901**

DOJ-BP-0004719367

## Class: Invoice

**⊗ DELETE**

Last modified on Saturday November 22, 2014 at 5:03 PM, by sdo_backpage.

▸ Update



| | |
|---|---|
| **InvoiceDate** | 11-22-2014 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | _CM4hXuY0D9hETIUOBmQqg |
| **Processed** | Yes |
| **Partner** | San Diego (sandiego.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ✔ CHOOSE |
| **Ad** | New In Town Super Hot Skinny Mixed Cuban Girl ✔ CHOOSE |
| **AdOid** | 17777964 |

## Customer



| | |
|---|---|
| **User** | kristinasaylor56@gmail.com ✔ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | Leon Daniels |
| **Address** | 6947 Mohawk trail apt 4 |
| **City** | yucca valley |
| **State** | ca |
| **Zip** | 92284 |
| **Phone** | |
| **IP** | 172.56.40.124 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

**ER 6902**

DOJ-BP-0004719368

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 885940, 3258bc13e086537708, 201 |
|---|---|
| IdStamp | 64003031 |
| CardRef | 5975577 |

Update →

DOJ-BP-0004719369

**backpage**   Post Ad                                     denver, co.

administration > backpage.com > Denver adult entertainment > Denver escorts

< Previous | Next >

**This ad is not live. Status: Expired**

Report Ad

## ☐Upscale☐☐ ☐Independent♥ BRUNETTE BOMBSHELL 5-Star Fantasy - 26

Posted: Wednesday, February 4, 2015 6:53 PM

View Account
    Delete this Ad   [ Global Delete ]   Email: Frankieest0ne@gmail.com  [ +SPAM+ ]

Reply



**ER 6904**

DOJ-BP-0004719401



DOJ-BP-0004719402



ER 6906

DOJ-BP-0004719403



ER 6907

DOJ-BP-0004719404



ER 6908

DOJ-BP-0004719405



Hey guys!! It's Alexis here! ⚘

If you desire a woman with a Genuine Warm Personality, Friendly Attitude & Natural Beauty.. then give me a try!!

I love what I do!!!!! Pleasing you is my mission!
 REAL PICS  ☑ 100% Clean ☑ 100% Unrushed Service ☑ 100% Safe Call me

No explicit Language period.available 24/7

⚘ Alexis
(206)552-9409

Poster's age: 26

- Location: Denver, Denver Incalls/OutCalls

- Post ID: 17660783 denver

( email to friend )

**Administrative Data:**

Partner: Denver
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (7)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad  [ Global Delete ]

Recent Name: Unknown
Recent Phone: Unknown
Email:     Frankieest0ne@gmail.com  [ +SPAM+ ]

User Created: Monday, October 20, 2014  07:20 PM MDT
Email Verified: Monday, February 16, 2015  08:36 PM MST

Ad Created:    Saturday, January 31, 2015  01:06 AM MST
IP address 66.87.150.191

## Deleted Images (administrators only)
Click to restore or fully remove the deleted image.

Deleted by: bp73        ▪        Deleted by: bp45        ▪        Deleted by: bp94

  

C Keep deleted   C Restore   C Remove



C Keep deleted   C Restore   C Remove          C Keep deleted   C Restore   C Remove



C Keep deleted   C Restore   C Remove

Update Ad

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

denver.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

ER 6910
DOJ-BP-0004719407

**backpage** `Post Ad`                                    fort collins, co

administration > backpage.com > Fort Collins adult entertainment > Fort Collins escorts

< Previous | Next >

**This ad is not live. Status: Removed by Me**

`Report Ad`

# Alexis Foxx the HOTTEST in town!!!!! - 26
Posted: Wednesday, February 18, 2015 9:59 PM

View Account
Delete this Ad   [ Global Delete ]   Email: Alexisfoxx23@gmail.com   [ +SPAM+ ]

`Reply`





**ER 6911**

DOJ-BP-0004719408



Hey guys!! It's Alexis here! ✿

If you desire a woman with a Genuine Warm Personality, Friendly Attitude & Natural Beauty.. then give me

ER 6912

DOJ-BP-0004719409

a try!!

I love what I do!!!!! Pleasing you is my mission!
24/7 365 ☐REAL PICS☐ ☑ 100% Clean ☑ 100% Unrushed Service ☑ 100% Safe Call me when your READY!!!

No explicit Language
African American under 30
This ad is not in any form a ad for solicitation/prostitution
period.available 24/7

♡ Alexis
(206)552-9409♡

Poster's age: 26

- Location: Ft Collins, Fort Collins/Cheyenne

- Post ID: 17735456 fortcollins

( email to friend )

**Administrative Data:**

Partner: Fort Collins
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $7.00

This is the only ad posted by this user on this site.

View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Removed by Me  [ Global Delete ]

**Invoices for this Ad:**
$7.00 on 02-18-2015 - Invoice 17848532 with CardRef 7416832
$7.00 on 02-09-2015 - Invoice 17753402 with CardRef 7376450

Recent Name: Alexisfoxx23@gmail.com
Recent Phone: Unknown
Email:      Alexisfoxx23@gmail.com
            [ +SPAM+ ]

User Created:  Saturday, February 7, 2015  10:00 AM MST

Ad Created:   Saturday, February 7, 2015  10:00 AM MST
IP address 66.87.150.109

**Deleted Images (administrators only)**
Click to restore or fully remove the deleted image.

Deleted by: bp45      •      Deleted by: system      •      Deleted by: system

**ER 6913**
DOJ-BP-0004719410





○ Keep deleted ○ Restore ○ Remove

Deleted by: bp93    Deleted by: bp28




○ Keep deleted ○ Restore ○ Remove     ○ Keep deleted ○ Restore ○ Remove     ○ Keep deleted ○ Restore ○ Remove

**Update Ad**

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

fortcollins.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

ER 6914

DOJ-BP-0004719411

## Class: Invoice



❌ DELETE

Last modified on Wednesday February 18, 2015 at 9:59 PM, by den_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 02-18-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | ZgikAM_Yc2nviFvE4Ve-Tg |
| **Processed** | Yes |
| **Partner** | Fort Collins (fortcollins.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ✅ CHOOSE |
| **Ad** | Alexis Foxx the HOTTEST in town!!!!! ✅ CHOOSE |
| **AdOid** | 17735456 |

## Customer

| | |
|---|---|
| **User** | Alexisfoxx23@gmail.com ✅ CHOOSE |
| **Email** | Alexisfoxx23@gmail.com |
| **Name** | Alexisfoxx23@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 71.215.66.37 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 7.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 7.00 |

## Promotions

DOJ-BP-0004719412

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 467360, 6dcb9df88997359988, 2015 |
|---|---|
| IdStamp | 69210621 |
| CardRef | 7416832 |

Update

ER 6916

DOJ-BP-0004719413

## Class: Invoice

Last modified on Monday February 9, 2015 at 5:42 AM, by den_backpage.

❌ DELETE

▸ Update

| | |
|---|---|
| **InvoiceDate** | 02-09-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | XxNX9sNkMk1dBWMvk2RhSQ |
| **Processed** | Yes |
| **Partner** | Fort Collins (fortcollins.backpage.com) ▾ |
| **Category** | adult entertainment: escorts  ✅ CHOOSE |
| **Ad** | Alexis Foxx the HOTTEST in town!!!!!  ✅ CHOOSE |
| **AdOid** | 17735456 |

## Customer

| | |
|---|---|
| **User** | Alexisfoxx23@gmail.com  ✅ CHOOSE |
| **Email** | Alexisfoxx23@gmail.com |
| **Name** | Alexisfoxx23@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 66.87.150.90 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 7.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 7.00 |

## Promotions

**ER 6917**

DOJ-BP-0004719414

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion | <br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |



## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 124982, ab1ceaef4172706673, 2015 |
| IdStamp | 68645460 |
| CardRef | 7376450 |

Update

**ER 6918**

DOJ-BP-0004719415

 **backpage** `Post Ad` phoenix, az

administration > backpage.com > phoenix adult entertainment > phoenix escorts

< Previous | Next >

`Report Ad`

## ♡♡New In Town♡♡ Sexy Dark Asian mixed Bombshell♡♡ - 23

Posted: Saturday, January 31, 2015 2:08 PM

View Account

Delete this Ad [ Global Delete ]   Email: kristinasaylor56@gmail.com [ +SPAM+ ]

 Reply

# By Contacting Me, YOU AGREE THAT:

1. This is not an illegal offer. Donations are for time and companionship ONLY
2. Solicitation is a crime; You will NOT offer money for any sex act.
3. You are not part of any law enforcement agency and do not work for any law enforcement agency.
4. Violation of this agreement is entrapment.

**ER 6919**

DOJ-BP-0004719390



DOJ-BP-0004719391



ER 6921

DOJ-BP-0004719392



DOJ-BP-0004719393



# SERIOUS INQUIRIES ONLY
## NO BLOCKED CALLS
## NO EXPLICIT TALK
## NO 40'S OR 50'S
### NO DETAILS ON THE PHONE
### OR IN PERSON
## NO LOW BUDGET BALLERS
QUALITY OVER QUANTITY
UNDERSTAND
great service costs

DOJ-BP-0004719394



Hey Gentleman, My name is Storm☆
Im here visiting from Cali for only one night! I am a mixed sexy dark Asain that has a lot to offer! I am Very skilled and fun and most of all sweet like chocolate! You haven't had sweet until now. Im here to make sure all ur desires come true. I promise you wont disappointed.
《310-321-2036》 ☆Storm

PLEASE NO EXPLICIT TALK
PLEASE BE RESPECTFUL
NO BLOCK CALLS

Poster's age: 23

- Location: East Valley, Mesa, East Valley

- Post ID: 31562398 phoenix

- Other ads by this user:
    ♡Visiting for First Time♡ Sexy Blonde with BIG {BOOTY} Fresh from Cali!!! ♡¡♡¡♡¡♡¡♡¡♡ - 24
    (Mesa, East Valley) adult entertainment: escorts

[ Email this ad ]

**Administrative Data:**

Partner: Phoenix
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View all ads by this user on this site (2)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 01-31-2015 - Invoice 31562399 with CardRef 5975577
$12.00 on 01-31-2015 - Invoice 31570755 with CardRef 5975577

Recent Name: kristinasaylor56@gmail.com
Recent Phone: Unknown
Email:        kristinasaylor56@gmail.com
              [ +SPAM+ ]

User Created: Saturday, January 31, 2015
              12:00 AM MST
Email Verified: Monday, February 2, 2015  12:57
              AM MST

Ad Created:   Saturday, January 31, 2015
              02:33 AM MST
              IP address 66.87.70.242

**Deleted Images (administrators only)**
Click to restore or fully remove the deleted image.

Deleted by: bp78

**ER 6924**

DOJ-BP-0004719395



⦿ Keep deleted    ◯ Restore    ◯ Remove

**Update Ad**

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

## Class: Invoice

Last modified on Saturday January 31, 2015 at 2:08 PM, by phx_backpage.

❌ DELETE



▸ Update

| InvoiceDate | 01-31-2015 |
| --- | --- |
| AdType | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| Status | Live ▾ |
| ID | oXW5r_FnmbMKHXzuzCd7YA |
| Processed | Yes |
| Partner | Phoenix (phoenix.backpage.com) ▾ |
| Category | adult entertainment: escorts    ✅ CHOOSE |
| Ad | ♡♡New In Town♡♡ Sexy Dark Asian mixed Bom    ✅ CHOOSE |
| AdOid | 31562398 |

## Customer



| User | kristinasaylor56@gmail.com    ✅ CHOOSE |
| --- | --- |
| Email | kristinasaylor56@gmail.com |
| Name | kristinasaylor56@gmail.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 66.87.69.136 |

## Subtotals

| OnlinePrice | 12.00 |
| --- | --- |
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

**ER 6926**

DOJ-BP-0004719397

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 580296, 443802b3d297623440, 201 |
|---|---|
| IdStamp | 68144113 |
| CardRef | 5975577 |

Update

**ER 6927**

DOJ-BP-0004719398

## Class: Invoice

**❌ DELETE**

Last modified on Saturday January 31, 2015 at 2:33 AM, by phx_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-31-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live |
| **ID** | obIjwkqz8iAcF7DhQYQSWA |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) |
| **Category** | adult entertainment: escorts  ✅ CHOOSE |
| **Ad** | ♡♡New In Town♡♡ Sexy Dark Asian mixed Bom  ✅ CHOOSE |
| **AdOid** | 31562398 |

## Customer

| | |
|---|---|
| **User** | kristinasaylor56@gmail.com  ✅ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | kristinasaylor56@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 66.87.70.242 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 749247, a176301de886165394, 201 |
|---|---|
| IdStamp | 68117478 |
| CardRef | 5975577 |

Update

DOJ-BP-0004719400



**backpage** Post Ad | inland empire, ca

administration > backpage.com > inland empire adult entertainment > inland empire escorts

< Previous | Next >

Report Ad

## ☆New In Town☆Sexy Dark Asain Bombshell with a Nice & Tight{Booty}♡¿♡¡♡¿♡¡♡ - 23

Posted: Thursday, January 29, 2015 5:26 AM

View Account

Delete this Ad  [ Global Delete ]   Email: KristinaSaylor56@gmail.com  [ +SPAM+ ]

Reply

# By Contacting Me, YOU AGREE THAT:

1. This is not an illegal offer. Donations are for time and companionship ONLY

2. Solicitation is a crime; You will NOT offer money for any sex act.

3. You are not part of any law enforcement agency and do not work for any law enforcement agency.

4. Violation of this agreement is entrapment.

**ER 6930**

DOJ-BP-0004719370



DOJ-BP-0004719371



**ER 6932**

DOJ-BP-0004719372



ER 6933

DOJ-BP-0004719373



*I luv meh*     *No Worries*

## PLEASE NOTE:

Donations are simply for time and companionship. This is NOT an offer of prostitution. Anything else that may occur is between consenting adults.

I do reserve the right to decline appointments as I deem necessary.

By contacting me in any way, you agree to these terms and hereby agree that you are not part of any law enforcement agency using this advertise-

**ER 6934**

DOJ-BP-0004719374

ment for entrapment or arrest.

This is a contract you agree to by contacting me.

Hi Gentleman, My name is Storm..I am here to make all ur fantasies come true! I am a 5'1dark mixed Asian with a Pettitte sexy body with soft skin and a tight booty. I love to make others happy and satisfied them with my unforgettable skills. Call me now so you can start to experience what a true King deserves!!! { 310-321-2036} ♡Storm♡

PLEASE NO EXPLICIT TALK
BE RESPECTFUL PLEASE
NO BLOCK CALLS

Poster's age: 23

- Location: Inland Empire, San Bernardino Riverside Colton Fontana

- Post ID: 49907776 inlandempire

- Other ads by this user:

    ♡ In Town For Only One Night 2 Sexy Bombshell♡ 2 Bunni's Specials♡ - 23 (29,Yucca valley, Palm Springs) adult entertainment: escorts

    ♡Sexy Blonde Snow Angle♡{BIG BOOTY}☆♡SPECIALS ALL DAY & 1hr ☆♡☆15mins SPECIALS♡☆ - 22 (Riverside,San Bernardino, Redlands) adult entertainment: escorts

Email this ad

Administrative Data:

ER 6935

DOJ-BP-0004719375

Partner: Inland Empire
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $10.00

View all ads by this user on this site (5)
View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$10.00 on 01-29-2015 - Invoice 49907777 with
CardRef 5975577

Recent Name: kristinasaylor56@gmail.com
Recent Phone: Unknown
Email:       KristinaSaylor56@gmail.com
             [ +SPAM+ ]

User Created: Friday, May 16, 2014  05:22 PM
              PDT
Email Verified: Monday, February 2, 2015  03:42
                AM PST

Ad Created:   Thursday, January 29, 2015
              05:21 AM PST
              IP address 24.24.153.177

## Deleted Images (administrators only)

Click to restore or fully remove the deleted image.

Deleted by: bp78



⦿ Keep deleted ◯ Restore ◯ Remove

Update Ad

< Previous | Next >

Login | Promote | Help | Privacy | Terms | Safety | © 2015 backpage.com

inlandempire.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**ER 6936**

DOJ-BP-0004719376

## Class: Invoice

Last modified on Thursday January 29, 2015 at 5:21 AM, by lax_backpage.

 DELETE

▸ Update

| | |
|---|---|
| **InvoiceDate** | 01-29-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | _7uxd08DRvrcEQsr-LLx6A |
| **Processed** | Yes |
| **Partner** | Inland Empire (inlandempire.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ✅ CHOOSE |
| **Ad** | ☆New In Town☆Sexy Dark Asain Bombshell with ✅ CHOOSE |
| **AdOid** | 49907776 |

## Customer

| | |
|---|---|
| **User** | KristinaSaylor56@gmail.com ✅ CHOOSE |
| **Email** | kristinasaylor56@gmail.com |
| **Name** | kristinasaylor56@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 24.24.153.177 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 10.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 10.00 |

**ER 6937**

DOJ-BP-0004719377

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 197139, 33d3687c2702828521, 201 |
|---|---|
| IdStamp | 67987805 |
| CardRef | 5975577 |

Update →

DOJ-BP-0004719378

**inland empire, ca**

~~free classifieds~~

backpage.com > Inland Empire adult entertainment > Inland Empire escorts



# Young 🖤🖤🖤 SEXY🔥🔥🔥 PUERTO RICAN 👅✍☐ - 19
Posted: Thursday, August 13, 2015 2:41 AM



Hey, I'm Clova! Im 5'3 I way 120lbs. I have a big booty and thick luscious thighs to hold on to ☐ No black guys, sorry! I do half hour sessions that vary in donation prices. 80 for head. 120 for hooking up without head and 150 for hooking up with head. ☐ I promise that every minute spent with me, you will remember for the rest of your life. TEXT ME at 1(951)373-7003.

Poster's age: 19

- Location: Lancaster, Palmdale

- Post ID: 56222045 inlandempire

- Other ads by this user:

    Beautiful ♥ Sexy ♥ Young ♥ Puerto Rican lil mama👑☐ - 19 (Lancaster) adult entertainment: escorts

    Sensual 👭 Sexy 💧 Young 🖤🐾 Puerto Rican ⌐👑 - 19 (Lancaster) adult entertainment: escorts

    Young 🖤🖤🖤 SEXY🔥🔥🔥 PUERTO RICAN 👅✍☐ - 19 (Lancaster) adult entertainment: escorts

    Young ☐☐ BIG Booty 🍑🍑☐ PUERTO RICAN ✈👅✍ - 19 (Los Angeles) adult entertainment: escorts



Enlarge Picture

email to friend

**ER 6939**

DOJ-BP-0004719471



Enlarge Picture



Enlarge Picture

ER 6940

DOJ-BP-0004719472



Enlarge Picture

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

inlandempire.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com



**fort worth, tx**

administration > backpage.com > Fort Worth adult entertainment > Fort Worth escorts

< Previous | Next >

This ad is not live. Status: Removed by Me



# GORGEOUS ebony PLAYMATE☺☺Perfect Curves…Skills to make ur TOES CURL!!😝😝😝 - 19

Posted: Monday, May 18, 2015 10:50 PM

View Account
Delete this Ad  [ Global Delete ]   Email: ralothagreat@gmail.com  [ +SPAM+ ]



**ER 6943**

DOJ-BP-0004719418



**ER 6944**

DOJ-BP-0004719419



**ER 6945**

DOJ-BP-0004719420



ER 6946

DOJ-BP-0004719421



**YOU AGREE THAT YOU ARE NOT AFFILIATED WITH ANY FORM OF LAW ENFORCEMENT**

# read Before calling!

you agree & understand that I will not tolerate explicit language, you'll be hung up on! you under stand that you are providing me with a donation. based on the agreement that is for the time and companionship I will provide you. you are not affiliated with any law Inforcement agency I am a

**ER 6947**

DOJ-BP-0004719422

# ındependanт provıder

# now Leтs Have Fun

Hi Guys names Chyna I'm Affectionate * .•* ıntelℓıgent, & Charmıɳg! * .•*Saℓe, Reℓaxıɳg eɳvıroɳmeɳт ⅀ I'm maɳ's besтfrıend ⅀... •:*•:*•,Reaℓ & ıɳdepeɳdeɳт!•:*• , ♥a CURVY dream package w/ ♥delicate features. *.•*I Am the Sweetest Way To end Your Day! ☐ ☐Discreet & UpScale ☐ ☐Chyna ☐ Ask For 2 Girls ☐

Incalls & Outcall!!!+ (504) 600-4623

Poster's age: 19

- • Location: Fort Worth, 35 & Mechem

- • Post ID: 32911173 fortworth

( email to friend )

**Administrative Data:**

Partner: Fort Worth
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
This ad is deleted: Removed by Me   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 05-18-2015 - Invoice 32911174 with CardRef 8113939

Recent Name: ralothagreat@gmail.com
Recent Phone: Unknown
Email:       ralothagreat@gmail.com
              [ +SPAM+ ]

User Created: Saturday, April 11, 2015  07:46 PM CDT
Email Verified: Friday, June 5, 2015  03:19 PM CDT

Ad Created:   Monday, May 18, 2015  10:40 PM CDT
              IP address 166.173.186.4

**Deleted Images (administrators only)**
Click to restore or fully remove the deleted image.

Deleted by: bp26

**ER 6948**
DOJ-BP-0004719423



**Update Ad**

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

fortworth.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

## Class: Invoice



⊗ DELETE

Last modified on Monday May 18, 2015 at 10:40 PM, by dal_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 05-18-2015 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | s0eQnN1O87zKjqI13sGyGg |
| **Processed** | Yes |
| **Partner** | Fort Worth (fortworth.backpage.com) ▾ |
| **Category** | adult entertainment: escorts   ✔ CHOOSE |
| **Ad** | GORGEOUS ebony PLAYMATE☺☺Perfect Curv   ✔ CHOOSE |
| **AdOid** | 32911173 |

## Customer

| | |
|---|---|
| **User** | ralothagreat@gmail.com   ✔ CHOOSE |
| **Email** | ralothagreat@gmail.com |
| **Name** | ralothagreat@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 166.173.186.4 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

**Promotions**

**ER 6950**

DOJ-BP-0004719425

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion | <br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

 CHOOSE

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 154807, b09b9f63f767591477, 2015 |
| IdStamp | 74873330 |
| CardRef | 8113939 |

Update

**ER 6951**

DOJ-BP-0004719426



# backpage

dallas, tx



administration > backpage.com > Dallas adult entertainment > Dallas escorts

< Previous | Next >

Report Ad

## ☐☐☐Hot & Driping.☐ Submissive☐Ebony Playmates☐☐☐ - 20

Posted: Tuesday, May 19, 2015 10:54 PM

View Account

Delete this Ad  [ Global Delete ]   Email: ralothagreat@gmail.com  [ +SPAM+ ]






**ER 6952**

DOJ-BP-0004719427



ER 6953

DOJ-BP-0004719428



**ER 6954**

DOJ-BP-0004719429



ER 6955

DOJ-BP-0004719430



ER 6956

DOJ-BP-0004719431

# read Before calling!

you agree & understand that I will not tolerate explicit language. you'll be hung up on! you under stand that you are providing me with a donation. based on the agreement that is for the time and companionship I will provide you. you are not affiliated with any law inforcement agency I am a Independant provider

# now Lets Have Fun!

Hey Guys its Breana & Chyna ❀·We're ready to please ☐ and accommodate all your needs ☺☺☺ and wants!! With a mouth that'll ROCK your ☐ and a 😺 that'll leave you purring for more!!☐ Never A Disappointment With Us,SWEET☐ SEXY ☐& SENSUAL☐!! We're that girl for you☐ give us a ☐ call tel:8167992216 I promise you'll be well taken care of!! Why waste your time looking☺☺☺. ☐Now Let Me Show You What A Good Time Feels Like!! ☐☐ ☺ Your #1 choice!100% Independent ✔ 100% REAL PHOTOStel:8167992216

Poster's age: 20

**ER 6957**

DOJ-BP-0004719432

- Location: Dallas, 635 & 75 North Dallas

- Post ID: 32922682 dallas

email to friend

**Administrative Data:**

Partner: Dallas
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 05-19-2015 - Invoice 32922683 with CardRef 7846621
$12.00 on 05-19-2015 - Invoice 32923838 with CardRef 7846621

Recent Name: ralothagreat@gmail.com
Recent Phone: Unknown
Email:          ralothagreat@gmail.com
                     [ +SPAM+ ]

User Created: Saturday, April 11, 2015  07:46 PM CDT
Email Verified: Friday, June 5, 2015  03:19 PM CDT

Ad Created:     Tuesday, May 19, 2015  08:55 PM CDT
                     IP address 166.173.186.4

**Deleted Images (administrators only)**
Click to restore or fully remove the deleted image.

Deleted by: bp26



⦿ Keep deleted  ◯ Restore  ◯ Remove

Update Ad

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

dallas.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

**ER 6959**

DOJ-BP-0004719434

## Class: Invoice

Last modified on Tuesday May 19, 2015 at 10:54 PM, by dal_backpage.

❌ DELETE

▸ Update

| | |
|---|---|
| **InvoiceDate** | 05-19-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | hDJK VRUYiGkIvQiSaABldw |
| **Processed** | Yes |
| **Partner** | Dallas (dallas.backpage.com) ▾ |
| **Category** | adult entertainment: escorts   ✅ CHOOSE |
| **Ad** | ☐ ☐ ☐ Hot & Driping. ☐ Submissive ☐ Ebony Playmate   ✅ CHOOSE |
| **AdOid** | 32922682 |

## Customer

| | |
|---|---|
| **User** | ralothagreat@gmail.com   ✅ CHOOSE |
| **Email** | ralothagreat@gmail.com |
| **Name** | ralothagreat@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 166.173.186.4 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

ER 6960
DOJ-BP-0004719435

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 0, 1841455554, 2015-05-19 20:54:4 |
| IdStamp | 74941232 |
| CardRef | 7846621 |

Update ➜

**ER 6961**

DOJ-BP-0004719436

## Class: Invoice

Last modified on Tuesday May 19, 2015 at 8:55 PM, by dal_backpage.

❌ DELETE

▸ Update

| InvoiceDate | 05-19-2015 |
|---|---|
| AdType | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| Status | Live ▾ |
| ID | xpyhOe_ql-uKz-h-OOyyZQ |
| Processed | Yes |
| Partner | Dallas (dallas.backpage.com) ▾ |
| Category | adult entertainment: escorts ✅ CHOOSE |
| Ad | ☐ ☐ ☐ Hot & Driping. ☐ Submissive ☐ Ebony Playmate ✅ CHOOSE |
| AdOid | 32922682 |

## Customer

| User | ralothagreat@gmail.com ✅ CHOOSE |
|---|---|
| Email | ralothagreat@gmail.com |
| Name | ralothagreat@gmail.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 166.173.186.4 |

## Subtotals

| OnlinePrice | 12.00 |
|---|---|
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

Promotions

DOJ-BP-0004719437

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion | |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |



## Payment Information

| ApprovalCode | APPROVED, 0, 1841379784, 2015-05-19 18:55:3 |
|---|---|
| IdStamp | 74934764 |
| CardRef | 7846621 |

Update

ER 6963

DOJ-BP-0004719438



**backpage**

detroit, mi

administration > backpage.com > Detroit > escorts

< Previous | Next >

Report Ad

## ☺ □□❤□ Outcalls Now☺ ❤□✔□□□□ Freaky Curvy Caramel Lady OUTCALLS NOW - 23

Posted: Saturday, August 15, 2015 12:36 AM

View Account

Delete this Ad   [ Global Delete ]   Email: mspaperchaser313@gmail.com   [ +SPAM+ ]

ER 6964

DOJ-BP-0004719474



DOJ-BP-0004719475



**ER 6966**

DOJ-BP-0004719476



**ER 6967**

DOJ-BP-0004719477



**ER 6968**

DOJ-BP-0004719478



DOJ-BP-0004719479



ER 6970

DOJ-BP-0004719480

WHAT YOU SEE IS WHAT YOU GET ~Genuine sweet pretty girl ready for fun, no bs no games. Grown & sexy, so don't waste time with the fakes and relax with me tonight. My Regulars love me so call now. while I have some spare time 😊

❤️ ☐

✔ ☐ 1000% real photos
✔ ☐ 1000% independent,mature & discrete
✔ ☐ Looking good & smelling great


&& PLEASE... NO disrespectful guys
Treat me as you love to be treated & remember it's OUTCALLS ONLY 😊


3139184274
ask for LADY

Poster's age: 23

- Location: Detroit, Outcalls everywhere 😊

- Post ID: 19637761 detroit

( email to friend )

**Administrative Data:**

| | |
|---|---|
| Partner: Detroit | Recent Name: Unknown |
| Ad Type: Online Ad | Recent Phone: Unknown |
| Paid Ad: No | Email: mspaperchaser313@gmail.com [ +SPAM+ ] |
| View Account | User Created: Wednesday, June 12, 2013 08:45 PM EDT |
| View this ad (backpage form) | Ad Created: Friday, July 10, 2015 03:53 AM EDT |
| View this ad (object editor) | IP address 66.87.115.151 |
| View this ad (manage ad) | |
| Report this ad to the NCMEC | |
| Delete this ad [ Global Delete ] | |

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

detroit.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

**ER 6971**

DOJ-BP-0004719481



**phoenix, az**

administration > backpage.com > Phoenix > escorts

< Previous | Next >

Report Ad

# □❤□AbSoLuTeLy□ AmAziNg❤□□□CoMe PLaY WiTh Me □ □❤□#1 MoSt WaNtEd□□□SwEeT □□□SE×ii PlAymate - 20

Posted: Wednesday, July 1, 2015 12:49 AM

View Account
Delete this Ad  [ Global Delete ]   Email: capone.tiny3@gmail.com  [ +SPAM+ ]

Reply

ER 6972

DOJ-BP-0004719439



**ER 6973**

DOJ-BP-0004719440



ER 6974

DOJ-BP-0004719441



ER 6975

DOJ-BP-0004719442



ER 6976

DOJ-BP-0004719443



**MAY OCCUR IS BETWEEN TWO CONSENTING ADULTS**

**BY CONTACTING ME YOU AGREE THAT YOU ARE NOT AFFILIATED WITH ANY FORM OF LAW ENFORCEMENT**

ER 6977

DOJ-BP-0004719444



ER 6978

DOJ-BP-0004719445



ER 6979

DOJ-BP-0004719446



SATISFACTION GUARANTEED

I'm karma

GENTLEMEN ONLY!NO GAMES ☐100% REAL ☐Available✔am & ✔pm ☐PERFECT & Will satisfy your every need ☐ Sincere,Sweet,Sexy & So much fun! ☐ 100% INDEPENDENT ☐ VERY Friendly & VERY clean ☐ HONEST, DISCREET ☐ 100% REAL PICTURES ☐ I Cater To Upscale Gentlemen ☐ ☐ Un-Rushed Experience ☐ Exotic Sweet ☐ Princess ☐ IN/CALLS - ONLY☐ ☐NO BLOCKED CALLS ☐

☐Sorry, but NO BLACK MEN☐ 4802855167

Poster's age: 20

- Location: East Valley, North Scottsdale/Shea Blvd

- Post ID: 33595353 phoenix

[ email to friend ]

**Administrative Data:**

Partner: Phoenix
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 07-01-2015 - Invoice 33608141 with CardRef 8665278
$12.00 on 06-30-2015 - Invoice 33596332 with CardRef 8655670
$12.00 on 06-30-2015 - Invoice 33595354 with CardRef 8655670
$12.00 on 06-30-2015 - Invoice 33607393 with CardRef 8665278

Recent Name: capone.tiny3@gmail.com
Recent Phone: Unknown
Email:          capone.tiny3@gmail.com
                   [ +SPAM+ ]

User Created: Sunday, June 28, 2015  09:32 PM MST
Email Verified: Thursday, July 2, 2015  01:02 AM MST

Ad Created:    Tuesday, June 30, 2015  12:50 AM MST
                   IP address 128.177.161.147

< Previous | Next >

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher

**ER 6980**

DOJ-BP-0004719447

or speaker of any information provided by another information content provider. © 2015 backpage.com

DOJ-BP-0004719448

## Class: Invoice

Last modified on Tuesday June 30, 2015 at 12:50 AM, by phx_backpage.

❌ DELETE

▸ Update



| | |
|---|---|
| **InvoiceDate** | 06-30-2015 |
| **AdType** | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | RegKcjc4Lc2N8EE69a2OHQ |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts   ✅ CHOOSE |
| **Ad** | ☐❤☐AbSoLuTeLy☐ AmAziNg❤☐☐☐CoMe PLa   ✅ CHOOSE |
| **AdOid** | 33595353 |

## Customer

| | |
|---|---|
| **User** | capone.tiny3@gmail.com   ✅ CHOOSE |
| **Email** | capone.tiny3@gmail.com |
| **Name** | capone.tiny3@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 128.177.161.147 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

**ER 6982**

DOJ-BP-0004719449

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion | Note: separate multiple values with a pipe "\|"  CHOOSE |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 362310, 4a256997c216511814, 201 |
| IdStamp | 77708700 |
| CardRef | 8655670 |

Update

**ER 6983**

DOJ-BP-0004719450

## Class: Invoice

Last modified on Tuesday June 30, 2015 at 4:14 AM, by phx_backpage.

❌ DELETE

▸ Update

| InvoiceDate | 06-30-2015 |
|---|---|
| AdType | ☑ Online Ad  ☐ Print Ad  ☐ Sponsor Ad  ☐ Auto Repost |
| Status | Live ▾ |
| ID | 5Mynbj9_XiXYbpvIRvce9Q |
| Processed | Yes |
| Partner | Phoenix (phoenix.backpage.com) ▾ |
| Category | adult entertainment: escorts  ✅ CHOOSE |
| Ad | ☐❤☐AbSoLuTeLy☐ AmAziNg❤☐☐☐CoMe PLa  ✅ CHOOSE |
| AdOid | 33595353 |

## Customer

| User | capone.tiny3@gmail.com  ✅ CHOOSE |
|---|---|
| Email | capone.tiny3@gmail.com |
| Name | capone.tiny3@gmail.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 128.177.161.147 |

## Subtotals

| OnlinePrice | 12.00 |
|---|---|
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

Promotions

**ER 6984**

DOJ-BP-0004719451

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion |  CHOOSE |
| | Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 726730, 79f82d644829180128, 201: |
|---|---|
| IdStamp | 77712760 |
| CardRef | 8655670 |

Update

**ER 6985**

DOJ-BP-0004719452

## Class: Invoice

Last modified on Tuesday June 30, 2015 at 10:49 PM, by phx_backpage.



▶ Update

| | |
|---|---|
| **InvoiceDate** | 06-30-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▼ |
| **ID** | -ZYzgff-zRdTu6-KGfNmGQ |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▼ |
| **Category** | adult entertainment: escorts  ✅ CHOOSE |
| **Ad** | ☐❤☐AbSoLuTeLy☐ AmAziNg❤☐☐☐CoMe PLa  ✅ CHOOSE |
| **AdOid** | 33595353 |

## Customer

| | |
|---|---|
| **User** | capone.tiny3@gmail.com  ✅ CHOOSE |
| **Email** | capone.tiny3@gmail.com |
| **Name** | capone.tiny3@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 216.4.56.158 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

**ER 6986**

DOJ-BP-0004719453

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion | Note: separate multiple values with a pipe "\|"  CHOOSE |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 162310, 7f76d4183527457555, 201! |
| IdStamp | 77777076 |
| CardRef | 8665278 |

Update

**ER 6987**

DOJ-BP-0004719454

## Class: Invoice

**X** DELETE

Last modified on Wednesday July 1, 2015 at 12:49 AM, by phx_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 07-01-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | N2Uuq9CZJ-zzUVCepwSiGQ |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ✅ CHOOSE |
| **Ad** | ☐❤☐AbSoLuTeLy☐ AmAziNg❤☐☐☐CoMe PLa ✅ CHOOSE |
| **AdOid** | 33595353 |

## Customer

| | |
|---|---|
| **User** | capone.tiny3@gmail.com ✅ CHOOSE |
| **Email** | capone.tiny3@gmail.com |
| **Name** | capone.tiny3@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 205.197.242.182 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

**Promotions**

**ER 6988**

DOJ-BP-0004719455

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion | Note: separate multiple values with a pipe "\|"  CHOOSE |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 362180, 9b89cae0d839877755, 201: |
| IdStamp | 77781583 |
| CardRef | 8665278 |

Update➔

DOJ-BP-0004719456



administration > backpage.com > Phoenix > escorts

< Previous | Next >

Report Ad

□□❀□ □§eXy!!□ Êxøtįč ρℓαγmåtɛ□ □□• ☜ Caℓℓ Mϵ! □
□□□□ thè gïrl you NEED to See!□□❀□□ - 20

Posted: Thursday, July 2, 2015 1:03 AM

View Account

Delete this Ad  [ Global Delete ]  Email: capone.tiny3@gmail.com  [ +SPAM+ ]

Reply

ER 6990

DOJ-BP-0004719457



ER 6991

DOJ-BP-0004719458



ER 6992

DOJ-BP-0004719459



ER 6993

DOJ-BP-0004719460



ER 6994

DOJ-BP-0004719461



ER 6995

DOJ-BP-0004719462



I'm KARMA:) SEXIEST IN TOWN !!I'm here to make your wildest fantasies come true! 24/7 I'm available here to cater to your needs!! If you need to let out a little frustration or just unwind I'm here for you.
Unrushed
Discrete
satisfaction guarantee
clean
!
❤ Serious callers only PLEASE❤
Waiting on your call baby... Exotic Sweet Princess IN/CALLS - ONLY NO BLOCKED CALLS
Sorry, but NO BLACK MEN 4802855167

Poster's age: 20

• Location: Phx North, 27th ave & Bethanyhome rd

• Post ID: 33616851 phoenix

**ER 6996**

DOJ-BP-0004719463

email to friend

**Administrative Data:**

Partner: Phoenix
Ad Type: Online Ad
Paid Ad: **Yes**
Ad Price: $12.00

View Account

View this Ad (backpage form)
View this ad (object editor)
Report this ad to the NCMEC
Delete this Ad   [ Global Delete ]

**Invoices for this Ad:**
$12.00 on 07-02-2015 - Invoice 33622327 with CardRef 8673833
$12.00 on 07-01-2015 - Invoice 33620307 with CardRef 8673833
$12.00 on 07-01-2015 - Invoice 33616852 with CardRef 8673833

Recent Name: capone.tiny3@gmail.com
Recent Phone: Unknown
Email:          capone.tiny3@gmail.com
                    [ +SPAM+ ]

User Created: Sunday, June 28, 2015  09:32 PM MST
Email Verified: Thursday, July 2, 2015  01:02 AM MST

Ad Created:     Wednesday, July 1, 2015  04:18 PM MST
                     IP address 216.4.56.190

< Previous | Next >

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

phoenix.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

DOJ-BP-0004719464

## Class: Invoice

❌ DELETE

Last modified on Wednesday July 1, 2015 at 4:18 PM, by phx_backpage.

▸ Update

| InvoiceDate | 07-01-2015 |
|---|---|
| AdType | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| Status | Live ▾ |
| ID | kkpRul_aGufdn_ckp82Yqw |
| Processed | Yes |
| Partner | Phoenix (phoenix.backpage.com) ▾ |
| Category | adult entertainment: escorts  ✅ CHOOSE |
| Ad | □□❦□ □§eXy!!□ Êxøtjč ρℓαγmåtε□ □□• ☏ Cal  ✅ CHOOSE |
| AdOid | 33616851 |

## Customer

| User | capone.tiny3@gmail.com  ✅ CHOOSE |
|---|---|
| Email | capone.tiny3@gmail.com |
| Name | capone.tiny3@gmail.com |
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| IP | 216.4.56.190 |

## Subtotals

| OnlinePrice | 12.00 |
|---|---|
| PrintPrice | 0.00 |
| SponsorPrice | 0.00 |
| AdPrice | 12.00 |

Promotions

ER 6998

DOJ-BP-0004719465

## Promotions

| PromotionCode | |
|---|---|
| PrintPromotion | Note: separate multiple values with a pipe "\|"  CHOOSE |
| Affiliate | |

## Payment Information

| ApprovalCode | APPROVED, 193117, 754f9fa73515707629, 2015 |
|---|---|
| IdStamp | 77853101 |
| CardRef | 8673833 |

Update

**ER 6999**

DOJ-BP-0004719466

## Class: Invoice

Last modified on Wednesday July 1, 2015 at 9:20 PM, by phx_backpage.

**X** DELETE

▶ Update

| | |
|---|---|
| **InvoiceDate** | 07-01-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | GDjOtBUzTSB9m-yg0u-VqA |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts   ✅ CHOOSE |
| **Ad** | ☐☐❀☐ ☐§eXy!!☐ Êxøtič ρℓαγmåtε☐ ☐☐• ✉ Caℓ   ✅ CHOOSE |
| **AdOid** | 33616851 |

## Customer

| | | |
|---|---|---|
| **User** | capone.tiny3@gmail.com | ✅ CHOOSE |
| **Email** | capone.tiny3@gmail.com | |
| **Name** | capone.tiny3@gmail.com | |
| **Address** | | |
| **City** | | |
| **State** | | |
| **Zip** | | |
| **Phone** | | |
| **IP** | 216.4.56.187 | |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

**ER 7000**

DOJ-BP-0004719467

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE <br> Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 332500, bc1fd33ce674755791, 2015 |
| IdStamp | 77878972 |
| CardRef | 8673833 |

Update →

**ER 7001**

DOJ-BP-0004719468

## Class: Invoice

**X** DELETE

Last modified on Thursday July 2, 2015 at 1:03 AM, by phx_backpage.

▸ Update

| | |
|---|---|
| **InvoiceDate** | 07-02-2015 |
| **AdType** | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ Auto Repost |
| **Status** | Live ▾ |
| **ID** | mcZPCYkRWrWzJoJ_LnG1_g |
| **Processed** | Yes |
| **Partner** | Phoenix (phoenix.backpage.com) ▾ |
| **Category** | adult entertainment: escorts ✓ CHOOSE |
| **Ad** | ☐☐❋☐ ☐§eXy!!☐ Êxøtič ρℓαymåtε☐ ☐☐• ☎ Caℓ ✓ CHOOSE |
| **AdOid** | 33616851 |

## Customer

| | |
|---|---|
| **User** | capone.tiny3@gmail.com ✓ CHOOSE |
| **Email** | capone.tiny3@gmail.com |
| **Name** | capone.tiny3@gmail.com |
| **Address** | |
| **City** | |
| **State** | |
| **Zip** | |
| **Phone** | |
| **IP** | 216.4.56.187 |

## Subtotals

| | |
|---|---|
| **OnlinePrice** | 12.00 |
| **PrintPrice** | 0.00 |
| **SponsorPrice** | 0.00 |
| **AdPrice** | 12.00 |

## Promotions

**ER 7002**

DOJ-BP-0004719469

## Promotions

| | |
|---|---|
| PromotionCode | |
| PrintPromotion |  CHOOSE<br>Note: separate multiple values with a pipe "\|" |
| Affiliate | |

## Payment Information

| | |
|---|---|
| ApprovalCode | APPROVED, 415920, f043691b5782700198, 201: |
| IdStamp | 77891866 |
| CardRef | 8673833 |

Update

**ER 7003**

DOJ-BP-0004719470

2/5/2018     GFE Service Available! Private Encounters w/ Pampering Beauty - Detroit therapeutic massage - backpage.com

     detroit, mi    free classifieds     🔍

Home > Detroit services > Detroit massage

 Report Ad

# GFE Service Available! Private Encounters w/ Pampering Beauty

Posted: Friday, January 26, 2018 1:29 PM

Reply



Enlarge Picture



Enlarge Picture



Enlarge Picture

http://detroit.backpage.com/TherapeuticMassage/gfe-service-available-private-encounters-w-pampering-beauty/28311708     1/4

ER 7004

DOJ-BP-0004719534



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

**ER 7005**

DOJ-BP-0004719535

Case: 24-5375, 06/10/2025, DktEntry: 66.26, Page 121 of 294



Enlarge Picture



Enlarge Picture



Enlarge Picture

Bright & beautiful MSU graduate offering private GFE service. I will visit you at your home, office, or hotel or you may come visit me at my hotel room.

I am extremely skilled in providing you relaxation & an escape from your busy life. My goal: I will always make sure you leave with a smile on your face!

*InCall or OutCall
*Non-Smoker
*No tattoos or piercings
*Real, Recent photos
*100% independent; No "driver"
*Flat rate: no upsells/required tipping

Call, text, or e-mail me with your request
xoxo --K 517-803-7793 KitraSomers@gmail.com

🐦 http://mobile.twitter.com/KitraGFE

- Location: Lansing, Lansing area

- Post ID: 28311708 detroit

email to friend

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

detroit.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

**ER 7006**

DOJ-BP-0004719536

Case: 24-5375, 06/10/2025, DktEntry: 66.26, Page 122 of 294

**ER 7007**

DOJ-BP-0004719537



bronx, ny   free classifieds

Home > Bronx services > Bronx massage

Report Ad

# 241 & white plains area🍒🍒🍒Carfun 🍒🍒 Pᴇʀfᴇ¢† Treat🍦 ᴄᴀvailabᴌᴇ No Rushᴄᴀ♥♥ᴄᴀ🍦 -

Posted: Tuesday, January 30, 2018 10:57 AM

Reply







Enlarge Picture





Enlarge Picture

**ER 7008**

DOJ-BP-0004719538






❀ALL NATURAL && ORiiGiiNAL❀
iiM YOUR FANTASY COME TO LiiFE

LiiPS OF AN ANGEL && A BODY Available for car...travel 241 white plains
ONE ⦰ KiiSS && ii WiiLL LEAVE YOU
B R E A T H L E S S
LOST iiN A TRANCE
COME FEEL && SHARE iiN MY PASSiiON && BLiiSS.
SWEET SEXY GFE❀
LiiKE YOU HAD NEVER HAD BEFORE
THE GiiRL NEXT DOOR Piinkii 241. N white plains
C A L L ☏ N O W !!
UNRUSHED . DRAMA FREE
9172751918

🔲 http://Www.instagram.com/trappyaqua

10550    google map | yahoo map

- Location: Bronx, Mt vernon

- Post ID: 135807312 bronx

( email to friend )

ER 7009

DOJ-BP-0004719539

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

bronx.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

**ER 7010**

DOJ-BP-0004719540

1/31/2018 &#9742;G.F.E ◎ ⑤ ○ ○ ⑤ ◎ ⑤ ⑤ 🍎 🍒 ❤ ❤ 🍎 REAL HOT 🍎 ❤ ❤ 🍒 🍎 🍒 🍎 🍒 Sweet DREAM💖 ❤ ❤ 💖 AMAZING BEST RELAX ⑤ 💖...



Home > New York services > New York massage

Report Ad

☎ **G.F.E** ○ 🦀 ○ ○ 🦀 ○ 🦀 🍎 🍒 ❤ ❤ 🍎 **REAL HOT** 🍎 ❤ ❤ 🍒 🍎 🍒 🍎 🍒 **Sweet DREAM**💖 ❤ ❤ 💖 **AMAZING BEST RELAX** 🦀 💖 ○ 🦀 💖 ○ 🦀 ○

Posted: Wednesday, January 31, 2018 12:06 AM

Reply







http://newyork.backpage.com/TherapeuticMassage/g-f-e-real-hot-sweet-dream-amazing-best-relax/150240032

1/3

**ER 7011**

DOJ-BP-0004719541

1/31/2018 ☎G.F.E O◙OO◙O◙♠☜♠♠ REAL HOT ♠♥♠☜♠♠♠♠ Sweet DREAM♡♥♥♡ AMAZING BEST RELAX ◙♡…











Enlarge Picture

http://newyork.backpage.com/TherapeuticMassage/g-f-e-real-hot-sweet-dream-amazing-best-relax/150240032

2/3

ER 7012

DOJ-BP-0004719542







Enlarge Picture          Enlarge Picture          Enlarge Picture

🔍 **GFE**

🔍 **Erotic Adult stress relaxation and Mutual Touching Massage.**

🕿 **347-400-3146**

🔍 **9:30am-3am (Sun-wed)**

🔍 **9:30am-4am (Thur, Fri, Sat)**

📷 **http://instagram.com/retina2532**

🔍 **NURU-BODY SLIDE** 🔍 **SEXY KOREAN GIRL DO FANTASTIC SERVICE** 🔍 , 10022     **google map | yahoo map**

- Location: Manhattan, Midtown East, MIDTOWN/50th ST ⊖3RD AVE ⊖347-400-3146

- Post ID: 150240032 newyork

( email to friend )

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

newyork.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

**ER 7013**

DOJ-BP-0004719543

1/31/2018     Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions - Brooklyn therapeutic massage - backpage.com



**brooklyn, ny**    free classifieds

Home > Brooklyn services > Brooklyn massage



# Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions

Posted: Tuesday, January 30, 2018 11:26 AM

Narcisa <u>219 315 0613</u>

*goddess with a soft touch, come explore your darkest fantasies.*
**BDSM, sensual massage, gfe**
**Hh: $160 H: $220**





Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

http://brooklyn.backpage.com/TherapeuticMassage/tall-slim-and-sexy-luxe-goddess-narcisa-sensual-body-rub-fetish-sessions/155119077     1/2

**ER 7014**

DOJ-BP-0004719544

Case: 24-5375, 06/10/2025, DktEntry: 66.26, Page 130 of 294



Enlarge Picture

http://www.instagram.com/narcisabjames

Carroll Street and Bond Street, 11231    google map | yahoo map

- Location: Brooklyn, Downtown Brooklyn, Park Slope

- Post ID: 155119077 brooklyn

email to friend

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

brooklyn.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

ER 7015

DOJ-BP-0004719545

**west palm beach, fl** free classifieds

Home > West Palm Beach services > West Palm Beach massage

Report Ad

# ᯤᯤᯤᯤᯤᯤExotic Asian Beauty ----- ᯤᯤᯤᯤᯤᯤ

Posted: Wednesday, January 31, 2018 12:26 PM

Welcome! I am 100% Chinese. Real and recent pictures. I speak very good English. I have long black hair and brown eyes.

I am 5' 4. 34 C - 24 -34. 105 pounds. All natural, , No tattoos. I have silky skin.

I am a confident person with a nice personality and sense of humor. I am unique, happy, classy, attractive, sensual, sweet and playful.

I love to catering my extradinary experience to a sophisticated mature gentleman. . I would like to be that special woman who will bring fantastic moments of intrigue and excitement in your life and make you come back for more.

Looking forward to meeting you!

I have a private studio in east of Boynton Beach. 10 am to 7 pm.

Please call me for an appointment at (561)713 - 9531. No blocked calls.

Text me your inquiries. But limited and Serious questions only.

Shower is required.



**Enlarge Picture**



**Enlarge Picture**



**Enlarge Picture**



**Enlarge Picture**



**Enlarge Picture**

**ER 7016**

DOJ-BP-0004719546



Enlarge Picture



Enlarge Picture



Enlarge Picture

I am an independent gfe with excellent massage skills.
Please call me at (561)713-9531 for an appointment.
Hours: 11 am to 6 pm.

f  https://www.facebook.com/exoticasianbeaty

- Location: East of Boynton Beach, West Palm Beach

- Post ID: 75429247 westpalmbeach

email to friend

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

westpalmbeach.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

ER 7017
DOJ-BP-0004719547



**las vegas, nv**   free classifieds



Home > Las Vegas services > Las Vegas massage

Report Ad

# Nuru (best GFE ever) incall only

Posted: Thursday, February 1, 2018 2:01 PM

Reply

I love to kiss
Highly reviewed (on t E R 199750) Text me for an appointment Or you may call 702 788 3228 Lisa

 https://twitter.com/Thebestnurus?s=17

4775 s. topaz, 89121    google map | yahoo map

- Location: East, East of strip on Tropicana, Las Vegas

- Post ID: 24764164 lasvegas

email to friend



Enlarge Picture



Enlarge Picture

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

lasvegas.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

**ER 7018**

DOJ-BP-0004719548

2/6/2018 ☆◇♡ Tuesday with Ashleigh. Available now.😊😎😘 - Fort Worth therapeutic massage - backpage.com



**fort worth, tx** free classifieds

Home > Fort Worth services > Fort Worth massage

Report Ad

# ☆◇♡ Tuesday with Ashleigh. Available now.😊😍😘

Posted: Tuesday, February 6, 2018 2:42 PM

Reply

I crave to see my touch relax your
body and mind. Sensual and
seductive. GFE. FvMt. B2b
Be respectful at all times ♡∅
Ashleigh 6829902184





Enlarge Picture



Enlarge Picture



Enlarge Picture

**ER 7019**

DOJ-BP-0004719549

2/6/2018          ☆◊♡ Tuesday with Ashleigh. Available now.☺😎🤭 - Fort Worth therapeutic massage - backpage.com



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

https://mobile.twitter.com/AshleighMae13

- Location: Fort Worth, Fort worth Lake Worth

- Post ID: 74145112 fortworth

- Other ads by this user:

http://fortworth.backpage.com/TherapeuticMassage/tuesday-with-ashleigh-available-now/74145112          2/3

**ER 7020**

DOJ-BP-0004719550

2/6/2018 ☆◊♡ Tuesday with Ashleigh. Available now.😊😎😕 - Fort Worth therapeutic massage - backpage.com

♥♥♥Ashleigh is waiting 😗 Ⓤ 😫 🤩 (Fort Worth downtown) services: misc. services

☆◊♡ 100 NEW YEAR SPECIAL!!! What's the plan for tonight😕😎 let's enjoy this together!!! ♡◊☆ (Texas fort worth downtown) services: misc. services

ठಲಿ ♥♥♥ ठಲಿ BODY TO BODY ठಲಿ ♥♥♥ ठಲಿ 🔍 😗 ☒ ☒ठಲಿ ♥♥♥S (NRH Bedford Fort Worth) services: massage

**email to friend**

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

fortworth.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

♥♥♥Ashleigh is waiting 😗 Ⓤ 😫 🤩 (Fort Worth downtown) services: misc. services

**ER 7021**

DOJ-BP-0004719551

2/6/2018　　GFE🔲🔲🔲🔲🔲🔲🔲🔲🔲 🔲🔲🔲🔲🔲🔲🔲🔲🔲Kisskisspop ★100%Real Photo★CHOICE 9Asian girl Nurunude - New York therapeutic m...

## new york, ny　　free classifieds

Home > New York services > New York massage



# GFE🔲🔲🔲🔲🔲🔲🔲🔲🔲 🔲🔲🔲🔲🔲🔲🔲🔲🔲
# Kisskisspop ★100%Real Photo★CHOICE 9Asian girl Nurunude

Posted: Tuesday, February 6, 2018 3:08 PM



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture

ER 7022

DOJ-BP-0004719552

2/6/2018    GFE🔲🔲🔲🔲🔲🔲🔲🔲🔲 🔲🔲🔲🔲🔲🔲🔲🔲🔲Kisskisspop ★100%Real Photo★CHOICE 9Asian girl Nurunude - New York therapeutic m...





Enlarge Picture    Enlarge Picture

212 354 1279 [kisskisspop.com](kisskisspop.com)

**9Girls** Japanese Korean Chinese GFE

Free Table Shower NURU B2B

**Open 24/7**

**Midtown 43st 6ave**

🐦 **https://mobile.twitter.com/bebepark8**

**43st/timesquare/grandcentral**🔲🔲🔲🔲🔲🔲🔲🔲🔲, 10036    **google map | yahoo map**

- Location: 42st/timesquare/grandcentral🔲🔲🔲🔲🔲🔲, Manhattan, Midtown West

- Post ID: 142575497 newyork

email to friend

Home | My Account | Buy Credits | Help | Privacy | Terms | Safety

newyork.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2018 backpage.com

| | |
|---|---|
| **From:** | Jed Brunst <jed.brunst@cereusproperties.com> |
| **Sent:** | Wednesday, November 11, 2015 4:05 PM |
| **To:** | Irina Zavoronkova <izavoronkova@bdo.com> |
| **Subject:** | Re: Updated forecast |

I think you need disregard the model that looks at expenses as a % of revenue.
The BP business expense model is largely made up of fixed or semi-variable expenses that will change only modestly as revenue changes. Per the revised projection, the operating margin does increase over time (expenses as a % of revenue decline) but the business needs to support a dramatically increased volume of content and users as the result of ads becoming free to post. Customers now only pay for premium upgrade features such as "move to the top" and "auto repost". Because of these business model changes (ie all ads are now free to post), ad volume has increased dramatically requiring more hosting (storage, bandwidth etc) and way more moderation. Expenses over the projection period have been reduced (by $45MM) but margins will never return to the previous levels unless a highly automated global payment option (like Visa) is available allowing for free ads to become paid ads.

On Tue, Nov 10, 2015 at 8:43 AM, Irina Zavoronkova <izavoronkova@bdo.com> wrote:

Jed,

I wanted to run a couple of questions by you regarding the forecast. The level of expenses as a % of revenue seem to be significantly higher compared to historical levels, while the revenue levels are lower. The expense levels as a % of revenues are also different if we were to compare them to the original forecast.

For instance, IT/web development originally were at 2.7% of revenue and in the updated version range from 5.9% to 13.8%. Also, historical levels of Admin/Moderation & Legal (FY 2012 ☐ 2014) included corporate allocations related to performance bonuses so FY 2015 in the original forecast was more representative of the normalized levels (around 7% of revenues). In the revised forecast, corporate allocations are not included as well but expenses range from 14.5% to 37.4%. It looks like there could be some inconsistency in assumptions. We are actually showing both scenarios and assigning probability weighting to each, given that both events could have happened as of Feb 2015, so we☐ll need to bridge the differences in expense assumptions in the two forecasts.

Thank you,

Irina

**Irina Zavoronkova**
Senior Manager - Valuation & Business Analytics
212-885-8460 (Direct)  305-8460 (Internal)
917-747-5479 (Mobile)  212-697-1299 (Fax)
izavoronkova@bdo.com

**BDO Consulting**
100 Park Avenue
New York, NY 10017
UNITED STATES
212-885-8000
www.bdoconsulting.com

BDO-FER0011931
DOJ-BP-0004732467



BDO Consulting is a division of BDO USA, LLP, a Delaware limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

IMPORTANT NOTICES

The contents of this email and any attachments to it may contain privileged and confidential information from BDO USA, LLP. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in reliance upon, the information contained in this e-mail, or any of the attachments to this e-mail, is strictly prohibited and that this e-mail and all of the attachments to this e-mail, if any, must be immediately returned to BDO USA, LLP or destroyed and, in either case, this e-mail and all attachments to this e-mail must be immediately deleted from your computer without making any copies hereof. If you have received this e-mail in error, please notify BDO USA, LLP by e-mail immediately.

--
Jed Brunst
7150 E Camelback Road
Suite 320
Scottsdale AZ 85251
(O) 480-800-3282
(C) 602-549-7887

BDO-FER0011932
DOJ-BP-0004732468

backpage.com > washington adult entertainment > washington escorts

Report Ad

# **** 50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Monday, January 27, 2014 12:21 PM

**Reply**: click here

**** 01/31: I AM AVAILABLE ** I DESPERATELY NEED SOME HELP! I AM NOT GETTING ANY CALLS WHATSOEVER. I AM 2 MONTHS BEHIND ON MY BILLS BECAUSE OF THIS. I AM IN DANGER OF GETTING EVICTED & LOSING EVERYTHING! CAN SOMEONE HELP ME PLEASE? I NEED SOME WORK PLEASE!

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

*****253.581.2021 - Ask for Kara

****** 253.208.9837 - Cell

********* My donation is very reasonable *********

*******I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ********************

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE a BSER, FLAKE , OR NO SHOW TYPE OF PERSON PLEASE DO NOT CALL ME.****

****** As of 1/31/14 My Rent,Phone,Cable bills are all also 2 months late and I need some help with them please****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- • Location: Tacoma

- • Post ID: 5698064 washington

**Email this ad**



Enlarge Picture

Enlarge Picture

Enlarge Picture

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

ER 7026

DOJ-BP-0003070384

backpage  **Post an Ad**

washington,wa free classifieds

backpage.com > washington adult entertainment > washington escorts

# **** 75 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Thursday, February 6, 2014 1:13 AM

Report Ad

**Reply**: click here

**** 02/11: I AM CURRENTLY AVAILABLE**

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

*****253.581.2021 - Ask for Kara

****** 253.208.9837 - Cell - NO APPTS BY TEXT. CALL ONLY.

******** My donation is very reasonable *********

*******I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE *******************

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE a BSER, FLAKE , OR NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 02/11: MY RENT, CABLE,PHONE BILLS ARE LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

• Location: Tacoma

• Post ID: 5698064 washington

**Email this ad**

Enlarge Picture

Enlarge Picture

Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | backpage.com  © Copyright 2014

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

ER 7027

DOJ-BP-0005070385

backpage.com > washington adult entertainment > washington escorts

Report Ad

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Sunday, April 20, 2014 1:50 AM

Reply: click here



**** 04/30: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell - NO TEXTS! CALLS ONLY.

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 04/30: MY RENT, CABLE,PHONE BILLS ARE REAL LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 washington

Email this ad

Enlarge Picture

Enlarge Picture

Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

backpage.com > tacoma adult entertainment > tacoma escorts

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Wednesday, May 7, 2014 11:46 AM

Report Ad

Reply: click here

**** 05/08: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell - NO TEXTS! CALLS ONLY.

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 05/08: MY RENT, CABLE,PHONE BILLS ARE REAL LATE & I NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

Email this ad

Enlarge Picture

Enlarge Picture

Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider

DOJ-BP-0005070387

**backpage** | Post an Ad | keyword | | **tacoma,wa** free classifieds

backpage.com > tacoma adult entertainment > tacoma escorts

# ***50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Saturday, May 31, 2014 5:36 PM

Report Ad

**Reply**: click here

**** 06/03: I AM CURRENTLY AVAILABLE ****I SERIOUSLY NEED SOME HELP. I AM NOT GETTING ANY CALLS WHATSOEVER. I AM HUNGRY AND BROKE AND SOME MONEY I WAS EXPECTING IN THE MAIL WAS JUST STOLEN BY THE POST OFFICE. CAN SOMEONE PLEASE HELP ME? *****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a Private * Discrete Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
****253.208.9837 - Cell

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 06/03: MY RENT,CABLE,PHONE BILLS ARE 3 MONTHS LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture



Enlarge Picture





Enlarge Picture

Account Login | Affiliate Program | Promote Us | Help | Privacy Policy | Terms of Use | User Safety | © 2014 backpage.com

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

backpage.com > tacoma adult entertainment > tacoma escorts

Report Ad

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** - 38

Posted: Tuesday, July 1, 2014 8:51 AM

**Reply**: click here

**** 07/03: I AM CURRENTLY AVAILABLE ****

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

**********Free 10 Minute Sensual Massage **************

*******100% Independent & Safe ***********
****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara
NO APPTS BY TEXT - CALLS ONLY

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

**IF YOU ARE A BSER,FLAKE OR A NO SHOW TYPE OF PERSON, PLEASE DO NOT CALL ME.****

****** AS OF 07/03: MY RENT,CABLE,PHONE BILLS ARE LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

*****CLICK ON THE LINK BELOW TO SEE ALL OF (MY) PICS************

More Pictures and Info: http://adultsearch.com/washington/tacoma/female-escorts/391423

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture



Enlarge Picture





Enlarge Picture

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

ER-7031
DOJ-BP-0005070389

backpage.com > tacoma adult entertainment > tacoma escorts

Report Ad

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! **** 5'7 125 lb Hot Blonde *** - 38

Posted: Tuesday, August 19, 2014 6:30 PM

**Reply**: click here

\ *** Upscale*Gorgeous* H*O*T *Blonde* will help you relax and unwind ***

**** 08/20: I AM CURRENTLY AVAILABLE***

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

********** & Sensual Massage **************

*******100% Independent & Safe ***********

****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

****253.581.2021 - Ask for Kara

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

****** AS OF 08/20: MY RENT,CABLE,PHONE BILLS ARE LATE & I DESPERATELY NEED SOME HELP WITH THEM PLEASE ****

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

** MY PICS ARE POSTED ON THIS SAME AD ON A/D/U/L/T/S/EA/R/C/H/./C/O/M**

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

**Email this ad**



Enlarge Picture



Enlarge Picture





tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

ER 7032

DOJ-BP-0005070396



Post Ad

tacoma,wa free classifieds

backpage.com > Tacoma adult entertainment > Tacoma escorts

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! *** 24/7 - 38

Posted: Thursday, February 26, 2015 11:26 PM


Report Ad

Reply

** 02/27: I AM CURRENTLY AVAILABLE***

**** I am not a Pro *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship*******************

********** FREE 10 MIN Sensual Massage **************

*******100% Independent & Safe ***********

****** I have a * Private * Discrete* Location ****

***** Please CALL ME for an appointment.You wont be disappointed. ***

**** 253.581.2021 - Kara - NO TEXTS

******** My donation is very reasonable *******

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

****** AS OF 02/27: MY RENT,CABLE,PHONE BILLS ARE LATE & I NEED SOME HELP WITH THEM PLEASE.

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE
AVAILABLE,PLEASE. THANK YOU.****

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

Email this ad

Enlarge Picture

Enlarge Picture

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider

ER-7033

DOJ-BP-0005070391



**Post Ad**

| keyword | escorts | **search** |

washington free classifieds

backpage.com > Washington adult entertainment > Washington escorts

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! *** 24/7 - 38

Posted: Sunday, September 13, 2015 7:50 PM

**Report Ad**



** 09/13: I AM CURRENTLY AVAILABLE.

**** I AM NOT A PRO *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

253.581.2021 - Kara - No texts

* This is not an offer of prostitution. All donations are for my time or companionship only.*

Poster's age: 38

- Location: Tacoma

- Post ID: 22415499 washington

**email to friend**



Enlarge Picture



Enlarge Picture





My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

washington.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

ER 7034
DOJ-BP-0005070392

backpage.com > Tacoma adult entertainment > Tacoma escorts

Report Ad

# ****50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!! *** 24/7 - 38

Posted: Saturday, November 28, 2015 12:31 PM

Reply

** 11/28: I AM CURRENTLY AVAILABLE

**** I AM NOT A PRO *****

**** 5'7 - 125 lbs - *Upscale*Gorgeous* H*O*T *Blonde*
***** *Midnight*Blue*Eyes*-*Stunning*Good*Looks* ********

***Come* Relax* With* Me...
***Find out for yourself what others fantasize about having ****

******* I offer Companionship********************

********** FREE Sensual Massage **************

*******100% Independent & Safe ***********

****** Private * Discrete* Location ****

***** CALL ME for an appointment.You WONT be disappointed. ***

**** 253.581.2021 - Kara - No texts

***I AM AVAILABLE 24/7 FOR YOUR CONVENIENCE ******

****** I AM WELL WORTH THE TIME TO COME SEE ME!! ******

****** AS OF 11/28: MY RENT,CABLE,PHONE BILLS ARE LATE & I NEED SOME HELP WITH THEM PLEASE.

IF YOU CAN PLEASE HELP A LITTLE LADY OUT IT WOULD BE GREATLY APPRECIATED. I AM ALSO WILLING TO DO ANY WORK THAT YOU MAY HAVE AVAILABLE,PLEASE. THANK YOU.****

***This is not an offer for prostitution. All donations are for my time and companionship only ***

Poster's age: 38

- Location: Tacoma

- Post ID: 5698064 tacoma

email to friend



Enlarge Picture







My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

tacoma.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

# BACKPAGE.COM
# 2010 BUDGET PRESENTATION

ER 7036

# 2009 Review

- Strong growth  First 4 months: (Jan – April growth over previous year same period: 36% in pages, 50% in visits and 21% in revenue)

- The Craigslist incident.
  - Explosive growth (see graphs:  revenue +86% in 7 months, views +156% in 7 months, visits +128% in 7 months)
  - Greater exposure (PR, blogs, news stories, awareness)
  - Legal position (AG meetings and correspondence)

- Growth in:
  - Personnel (25 at 1/1/09 to 55 FTE's by Q2 2010)
  - Development (2008: $149,000, 2009: $303,000, 2010 budget: $440,000)
  - Markets (183 markets at 1/1/09, 343 at Q1 2010, plus 12 international)

ER 7037

Monthly BP.com Ads (pd/free)



ER 7038



**ER 7039**

Monthly BP.com Visits



**ER 7040**

Monthly BP.com Total Revenue



ER 7041

# 2010 Strategic Plan

**Mission Statement:**

**Focus on the needs of our users. Be the best free classified site for all categories of postings**.

- Key components for 2010
  - Content diversification - Grow non-adult
  - Continue to grow volume in page views, visits, ads and revenue
  - Invest in technology and Infrastructure
    - Speed
    - Spam control
    - New Gateway
  - Add Personnel
    - Customer Service
    - Quality of site
  - Raise Awareness of Backpage.com
  - Continue as a Good Corporate Citizen

ER 7042

# Specific Initiatives for 2010 Plan

- **Content Diversification – We do not want to be branded as just an adult site**
  - Backpage Angels – reward good content (increase staff by 3 to begin)
  - Major SEO upgrade (Carl to elaborate)
  - Better Spam cleanup-automatic and manual (Carl: details)
  - Powered By Strategy – elephant hunting (Scott: TV, Radio, major sites)
  - Automotive Strategy (Carl to elaborate)

ER 7043

# Specific Initiatives for 2010 Plan

- **Content Diversification – We do not want to be branded as just an adult site**

  - AFFILIATE PROGRAMS
    - In-house current program
      - Working like a loyalty program
      - Current expense to grow in 2010 from 4,000 to 20,000 users
      - Also a staff compensation tool for BP and VVM staff (2009 actual expense:$97,290  2010 budget:$369,670)
    - External Channel – Commission Junction and Google
      - At least 90 days of due diligence and negotiation
      - Test pricing and quality control
      - Potential to pay directly for free quality non-adult content
      - Upgrade revenue opportunities immediate
      - Eventual move to one or more paid non-adult categories
      - Budget $550,000 for 2010 (backloaded in order to analyze performance)

ER 7044

# Specific Initiatives for 2010 Plan

- **Grow Volume in Page views, Visits, Ads and Revenue**
  - Rate Adjustments:
    - Lower prices in weaker markets
    - Raise prices in larger markets
    - Expectation over 2000 ads per day x net $2 increase = $1.46MM dollars
  - Revenue Model Improvements:
    - Variable Re-posts (done)
    - Auto Re-post e-mail (Carl)
    - Automate and improve sponsor ad pricing (Carl to present details)

ER 7045

# Specific Initiatives for 2010 Plan

- **Grow Volume in Page views, Visits, Ads and Revenue**
  - Traffic Development
    - SEO upgrades
    - Shorter URL/canonical tags
    - Better URL for Full View
    - 404 pages should show recent ads
    - H1 tags
    - Site map URL
    - Extended Expiration
    - Data Retention

ER 7046

# Specific Initiatives for 2010 Plan

- **Grow Volume in Page views, Visits, Ads and Revenue**
  - ADDITIONAL MARKETS
    - Domestic – 50 more markets into sub-sites
    - International – full year implementation
      - Q1-Q2 - Identify issues, advisers and consultants
        - » Language and culture issues
        - » Regional Standards
        - » Competitive analysis
        - » Language tables
        - » Revenue and collection issues
        - » Legal / Cultural / Language Review per market
          (Budget $90,000 total)
      - Q3 English Language Sites Launch (6)
      - Q4 Spanish Language Sites Launch (6)
      - (launch costs in development budget)

ER 7047

# Specific Initiatives for 2010 Plan

- **Grow Volume in Page views, Visits, Ads and Revenue**
  - Preferred Position and Auto Bid pricing developed
    - Test with an Adult PPC
    - Long term development process
    - Due diligence on adult industry opportunity <span style="color:red">(Carl, Scott and LA crew)</span>

ER 7048

# Specific Initiatives for 2010 Plan

- **Grow Volume in Page views, Visits, Ads and Revenue**
  - License Buy Backs
    - Got 5 licenses and 4 open ended Powered Bys in 2009
    - Target is 6 more Licenses in 2010
    - This will leave only 3 outstanding open ended licenses
    - Budget of $200,000 in 2010
    - Payback maximum of 2 years
    - Greatly increases value of future revenue streams
    - Increases value of Backpage.com

ER 7049

# Specific Initiatives for 2010 Plan

- **Invest in Technology and Infrastructure**
  - TECHNICAL ADVANCES
    - API for Spam Clean-up and Automation
    - Tableless Design
      - SEO (cleaner text to index)
      - Speed (reduces page file size)
      - Hosting
      - Mobile (current: 16 million iPhone page views per mo.)
    - Search
    - Disaster Recovery
    - DDOS Defenses
    - CDN Status

ER 7050

# Specific Initiatives for 2010 Plan

- **Invest in Technology and Infrastructure**
  - DesertNet Relationship
    - New Pricing relationship
      - At cost pass throughs for bandwidth and equipment
      - New charge for maintenance based on volume (page views) and paid transactions. Eliminates license charges and bandwidth markups
      - Add second dedicated person in Q3
      - Pay for actual development on an hourly basis
      - Coordination with our internal technical team
      - Less than original projection for maintenance, equipment and hosting ($993,000)
      - Multiple Simultaneous Development Projects (swim lanes)

ER 7051

# Specific Initiatives for 2010 Plan

- **Invest in Technology and Infrastructure**
  - LITLE GATEWAY
    - Timeline (assuming December signing, 90 day rollout for full integration)
    - Conservative Cost Savings of $276,000 per year
      - $10,000 Chargeback Fees
      - $266,000 Per Item Charges
      - Last 4 weeks: avg 8K daily transactions, avg trans $6.10
    - Operational Advantages
    - Jess Adams:  Business manager

ER 7052

# Specific Initiatives for 2010 Plan

- ## Add Personnel
  - Increase Monitoring Staff to Full 24/7 Operation (see moderation section)
  - Increase Marketing Staff and Efforts
  - Dan Hyer: Sales and marketing Director **(Carl)**
    - User acquisition and retention
    - Fraud recovery: phone verifications over $100
    - Traffic retention: manage back links/ban bad URLs
    - Affiliate (loyalty) operations manager
    - National accounts manager
    - Increase marketing staff from 14 to 18 persons in Q1, 21 in Q3

ER 7053

# Specific Initiatives for 2010 Plan

- ## Add Personnel
  - Add technical expertise on staff ("Mantis Monkey")
  - Technical Integration with DesertNet (Carl to describe)
  - Addition of Marshall Presnell (Carl to describe primary tasks)

**ER 7054**

# Specific Initiatives for 2010 Plan

- **Add Personnel**
  - Phoenix operations:
    - Andrew Padilla: Operations and abuse manager
    - Tamara Nickel:  Office and fraud manager
    - Major projects include:
      - Email and phone support
      - Chargeback reduction/settlement
      - Personals project management
      - Spam abatement especially pet scams, employment
      - Adult moderators: days, nights and weekend leads
      - Moderation is 60% of Phoenix total personnel
    - Q1 increase from 21 to 23 FT, 2 to 3 PT
    - Q2 increase to 28 FT, 5 PT
    - Project to hold these numbers as technology increases our efficiency
    - Outsourcing experiment – the Philippines (2 persons to start – non adult)

ER 7055

# Specific Initiatives for 2010 Plan

- Raise Awareness of Backpage.com
  - SEO, PR, & Publicity
  - Mentioned in the same sentence as Craigslist in the mainstream and tech press
  - Become recognized as the best free classified site on the web in all categories
  - Strategies:
    - Paid Link, directory and article marketing: $84,000 (Carl)
    - PR retention: $18,000
    - Pay per click (Google): $60,000
    - Comscore Beacon strategy (speed inhibitor issue TBD)
    - Seize opportunities as they occur

ER 7056

# Specific Initiatives for 2010 Plan

- **Continue as a good corporate citizen**
- Adult Moderation
  - Set and maintain our own standards <span style="color:red">(the Playboy standard: Sexy and erotic, not sex, lewd and lascivious)</span>
  - Keep Site Quality Consistent With These Goals
  - Jan. 1, 2010 - Full Implementation
    - Goal is ads live after 15 minutes
    - White list exceptions
    - Site inspections after posting – editing issues

ER 7057

# Specific Initiatives for 2010 Plan

- **Continue as a good corporate citizen**
  - Legal strategy for 2010 (Scott)
    - Continue to engage Attorney Generals
      - Move slowly but deliberately
    - Continue to work closely with law enforcement
    - Monitor and stay ahead of legal changes and initiatives
    - Look for ways to upgrade our standards without losing customers and traffic
    - Budget appropriately (the slow dance: $360,000)

ER 7058

# Specific Initiatives for 2010 Plan

- **Challenges, Opportunities and Unknowns**
  - Rental Opportunity (Carl)
  - Auto Opportunity (Carl)
  - Legal environment changes (Scott)
  - Craigslist status and changes
  - Unforeseen Market Changes
  - Other competition
    - Adult: City Vibe, others
    - Non-Adult: Kijiji, OLX, Ebay, Oodle

ER 7059

# REVENUE ANALYSIS 2010

- Sponsor and Online Revenue (2009:$10,862,000 2010:$22,473,000)
- National Revenue (2009:$1,424,000 2010:$1,607,000)
- Print Upsells (2009:$780K 2010:$528K)
- Google Revenue (2009:$122K 2010:$162K)
- DTI/Other Revenue (2009:$105K 2010:$72K)
- Maintenance and Hosting Revenue (2009:$586K 2010:$141K)
  - No more hosting or revenue charges to VVMs
  - Only a few licensees, minimum impact in 2010

**ER 7060**

## BACKPAGE.COM BUDGET CY2010

## 2010 Network Revenue

|  | 2010 TOTAL | 2009 TOTAL |
|---|---|---|
| Backpage.com Revenue Share | $ 17,669,680 | $ 6,414,652 |
| Backpage.com Hosting & Maintenance | $ 140,979 | $ 586,221 |
| VVM Gross Revenue Share | $ 5,568,582 | $ 4,888,673 |
| BP.com Licensee Revenue Share | $ 1,571,500 | $ 1,439,201 |
| TOTAL | $ 24,949,741 | $ 13,328,748 |

Notes:

2009 11 months actual, 1 projected

Backpage.com values from P&L

VVM values are NET of BP.com % but before Credit Card Discounts / Chargebacks / Powered bys / Univision

VVM values include print

**ER 7061**



Monthly BP.com Ads (pd/free)

**ER 7062**



Monthly BP.com Pageviews

ER 7063



Monthly BP.com Visits

**ER 7064**

Monthly BP.com Total Revenue



ER 7065

# Expenses Analysis 2010

- Costs of Sales:
  - Credit Card Discount Fees ($1,229,000 before Litle –> conservative $266K savings)
  - Credit Card Chargebacks ($175K before Litle – conservative $10K savings)
- Salaries and Benefits, Bonuses and Commissions ($2,783,000 total)
- Development Costs ($440K)
- Hosting and Maintenance Costs ($993K: $800K DN, $194K CDN)
- Legal ($250K "slow dance w/ AGs", $110K remainder – licenses / misc)
- Marketing ($712K: $550K for CJ)
- Equipment, Supplies, Travel, and Rent ($352K)

ER 7066

# Calendar Year 2010 - Projected

BACKPAGE.COM

**SALES**

| Direct Revenues: | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosting Revenue | $9,200 | $9,200 | $9,200 | $6,600 | $6,600 | $6,600 | $5,975 | $5,975 | $5,975 | $5,975 | $5,975 | $5,975 | $83,250 |
| Maintenance Revenue | $5,760 | $5,884 | $5,884 | $5,084 | $5,195 | $5,195 | $4,121 | $4,121 | $4,121 | $4,121 | $4,121 | $4,121 | $57,729 |
| TOTAL DIRECT REVENUE | $14,960 | $15,084 | $15,084 | $11,684 | $11,795 | $11,795 | $10,096 | $10,096 | $10,096 | $10,096 | $10,096 | $10,096 | $140,979 |

| Revenue Shares Generated at NET: | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Net Shared Revenue | $837,267 | $958,295 | $1,273,529 | $1,107,896 | $1,150,261 | $1,494,338 | $1,272,872 | $1,321,646 | $1,732,803 | $1,451,627 | $1,535,436 | $2,026,305 | $16,162,276 |
| Revenue - National Ads | $85,293 | $93,232 | $118,288 | $97,065 | $98,521 | $124,999 | $103,240 | $104,989 | $133,580 | $108,667 | $110,497 | $152,480 | $1,330,850 |
| Revenue - Google Ads | $9,330 | $10,195 | $12,931 | $10,253 | $10,122 | $12,493 | $10,027 | $9,899 | $12,332 | $9,835 | $9,897 | $13,043 | $130,357 |
| Revenue - Other Revenue Shares | $3,059 | $3,294 | $4,117 | $3,431 | $3,431 | $4,289 | $3,568 | $3,568 | $4,460 | $3,568 | $3,568 | $4,843 | $45,197 |
| Total Revenue Shares generated at NET | $934,949 | $1,065,016 | $1,408,865 | $1,218,646 | $1,262,336 | $1,636,119 | $1,389,707 | $1,440,102 | $1,883,175 | $1,573,696 | $1,659,398 | $2,196,671 | $17,668,680 |

| TOTAL BP SALES - NET | $949,909 | $1,080,100 | $1,423,948 | $1,230,330 | $1,274,131 | $1,647,914 | $1,399,803 | $1,450,198 | $1,893,272 | $1,583,793 | $1,669,494 | $2,206,767 | $17,809,659 |

| | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Costs-Credit Card Discount Fees | $64,994 | $74,022 | $97,842 | $84,762 | $87,830 | $113,768 | $96,743 | $100,279 | $131,062 | $109,635 | $115,630 | $152,930 | $1,229,496 |
| Costs-Chargebacks | $9,285 | $10,575 | $13,977 | $12,109 | $12,547 | $16,253 | $13,820 | $14,326 | $18,723 | $15,662 | $16,519 | $21,847 | $175,642 |
| TOTAL COST OF SALES | $74,279 | $84,596 | $111,819 | $96,871 | $100,377 | $130,021 | $110,563 | $114,605 | $149,785 | $125,297 | $132,149 | $174,777 | $1,405,138 |

| NET SALES REVENUE | $875,630 | $995,504 | $1,312,129 | $1,133,459 | $1,173,754 | $1,517,893 | $1,289,240 | $1,335,593 | $1,743,487 | $1,458,495 | $1,537,346 | $2,031,990 | $16,404,521 |

| Expenses: | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries and Benefits | $188,346 | $203,857 | $206,683 | $210,766 | $214,345 | $214,345 | $216,614 | $216,614 | $217,627 | $218,689 | $219,114 | $219,114 | $2,546,114 |
| Commissions | $22,903 | $24,010 | $25,838 | $27,230 | $29,097 | $30,285 | $31,751 | $32,999 | $34,284 | $36,112 | $36,990 | $38,173 | $369,670 |
| Hosting and Development Costs | $102,295 | $103,074 | $103,900 | $119,881 | $120,435 | $121,015 | $125,287 | $124,908 | $125,714 | $130,996 | $128,244 | $127,689 | $1,433,439 |
| Travel / M&E | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $3,050 | $12,500 | $46,054 |
| Rent | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $9,629 | $115,553 |
| Legal/Local | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $360,000 |
| Marketing and Advertising | $13,500 | $13,500 | $23,500 | $33,500 | $43,500 | $53,500 | $63,500 | $73,500 | $83,500 | $93,500 | $103,500 | $113,500 | $712,000 |
| Misc / Admin | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $15,878 | $190,533 |
| Total Operations Expenses | $385,602 | $402,999 | $418,478 | $449,934 | $465,935 | $477,703 | $495,709 | $506,578 | $519,683 | $537,855 | $546,405 | $566,483 | $5,773,363 |

| EBITDA | $490,029 | $592,505 | $893,651 | $683,525 | $707,819 | $1,040,190 | $793,531 | $829,016 | $1,223,804 | $920,640 | $990,940 | $1,465,507 | $10,631,158 |

# Calendar Year 2010 - Projected

**BACKPAGE.COM**

**SALES**

| Direct Revenues: | TOTAL |
|---|---|
| Hosting Revenue | $83,250 |
| Maintenance Revenue | $57,729 |
| **TOTAL DIRECT REVENUE** | **$140,979** |

| Revenue Shares Generated at NET: | TOTAL |
|---|---|
| Revenue - Net Shared Revenue | $16,162,276 |
| Revenue - National Ads | $1,330,850 |
| Revenue - Google Ads | $130,357 |
| Revenue - Other Revenue Shares | $45,197 |
| **Total Revenue Shares generated at NET** | **$17,668,680** |

| **TOTAL BP SALES - NET** | **$17,809,659** |
|---|---|

| Costs-Credit Card Discount Fees | $1,229,496 |
|---|---|
| Costs-Chargebacks | $175,642 |
| **TOTAL COST OF SALES** | **$1,405,138** |

| **NET SALES REVENUE** | **$16,404,521** |
|---|---|

| Expenses: | TOTAL |
|---|---|
| Salaries and Benefits | $2,546,114 |
| Commissions | $369,670 |
| Hosting and Development Costs | $1,433,439 |
| Travel / M&E | $46,054 |
| Rent | $115,553 |
| Legal/Local | $360,000 |
| Marketing and Advertising | $712,000 |
| Misc / Admin | $190,533 |
| **Total Operations Expenses** | **$5,773,363** |

| **EBITDA** | **$10,631,158** |
|---|---|

ER 7068

# BACKPAGE BUDGET 2010

## Backpage.com Enterprise Impact

| | 2010 TOTAL |
|---|---|
| BACKPAGE EBITDA | $ 10,631,158 |
| VVM DIGITAL EBITDA FROM BP | $ 4,783,672 |
| **TOTAL BP.COM IMPACT TO VVMH** | $ 15,414,830 |

ER 7069

**BACKPAGE.COM**
**Metrics Analysis**

|  | 2010 TOTAL | 2009 TOTAL |
|---|---|---|
| TOTAL WEB REVENUE | $24,313,054 | $12,521,300 |
| TOTAL WEB REVENUE - VVMs | $14,304,513 | $7,314,557 |
| | | |
| TOTAL PAGEVIEWS | 13,253,600,179 | 6,233,211,971 |
| TOTAL PAGEVIEWS - VVMs | 6,034,324,004 | 3,292,259,339 |
| Web Revenue per 1000 Pageviews | $ 1.83 | $ 2.01 |
| Web Revenue per 1000 Pageviews - VVMs | $ 2.37 | $ 2.22 |
| | | |
| TOTAL VISITS | 725,301,000 | 340,268,366 |
| TOTAL VISITS - VVMs | 209,589,917 | 114,160,612 |
| Web Revenue per 1000 Visits | $ 33.52 | $ 36.80 |
| Web Revenue per 1000 Visits - VVMs | $ 68.25 | $ 64.07 |

* Web revenue excludes print and hosting & maintenance

ER 7070

BACKPAGE.COM
2010 Cash Flow Statement

| | |
|---|---:|
| Backpage.com Net Profit | $10,611,158 |
| Plus: Depreciation | $20,000 |
| Less: License Buybacks | ($200,000) |
| Less: Cap Equipment / Samsa | ($60,000) |
| Plus: VVM Digital EBITDA from BP.com | $4,783,672 |
| Total 2010 Cash Flow from BP.com Operations | $15,154,830 |
| Total 2010 Revenue from all sources | $24,949,741 |

ER 7071

INTERNET ARCHIVE
WayBackMachine

http://blog.craigslist.org/19.png    Go

17 captures
26 May 2010 - 12 Nov 2016

MAY **JUL** JUN
**06**
2009 **2010** 2012

**new york, ny** free classifieds

# backpage.com

Post an Ad

backpage.com > new york adult entertainment > new york escorts

report: ( inappropriate content )  ( wrong category )  ( over posted )

# ******Ev3Ry !!! M@N's!///!!% W3tt ***Dre@M __ CuM%TruE*** - 24

posted: April 27, 2010, 08:43 PM

**Reply**: click here

Hello Gentlemen its Monika you're dominican bombshell just waiting to xxxplode. I'm very horny and very good @ being naughty. Watch closely as i bounce my fat luscious, juicy apple bottom booty up & down ure big c*ck!!! Come xxxperience my toe curling,mind blowing,brain numbing o skills. Trust me whatever ure xxxperience with me i guarantee it will be unforgettable!!! Now call me and let me cum help you bust a f@t lo@d!!!***Outcalls Only***Call me @ *82-631-579-6756. Prices May Vary Depending on Location. (No Blocked calls ~No Text Messages ~Absolutely No Explicit talk over the phone Please!!! llol 80Roses** Quk $e$$ion 100Roses** Half Hr 140Roses** Full Hr200 Roses. (prices may vary depending on location.) Hampton callers please give 45min. - 1hour notice.
100% Independent. XoXoXo
Monika *82-631-579-6756

Poster's age: 24



- Location: **OUTCALLS**QUEENS/LONG ISLAND/

- Post ID: 13886254

- Other ads by this user:
  ***** H@ve You'r3 W@y %% M@ke Me Mo@N ! ! ! - 24 📷 (****Outcalls**** Long Island/Queens***)
  adult entertainment: escorts

Enlarge Picture



Email this ad to a friend

ER 7072

INTERNET ARCHIVE
WayBackMachine

http://blog.craigslist.org/18.png    Go

17 captures
26 May 2010 - 12 Nov 2016

2009  2010  2012

MAY  JUL  JUN

About this capture

**backpage.com**

new york, ny  free classifieds

Post an Ad

backpage.com > new york adult entertainment > new york escorts

report:  (inappropriate content)  (wrong category)  (over posted)

# ** I JuST TuRNeD 18 YeSTeRDaYY** FiNaLLY LeGal - 18

posted: April 28, 2010, 12:46 PM

Reply: click here

hey guys wats up my name is krystal and guess wat?. IM LEGAL NOW!!! i've always wanted to try this but ive never been old enuff. im legal now and im looking for someone thats generous to break me in. **SO WHAT ARE YOU WAITING FOR!!!** my parents are at work and im all alone jus waiting for someone to cum inside and invade my young, barely legal, juicy, suculant love nest.

so call me!! i'll even where a cute little outfit for you

call me :
krystal
(973) 666 9088

pics are 1000% real that i took in my dorm room

Poster's age: 18

• Location: midtown east

• Post ID: 14863316



Enlarge Picture



ER 7073

# backpage.com

**memphis, tn** free classifieds

**Post an Ad**

administration > backpage.com > memphis adult entertainment > memphis escorts

**This ad is not live. Status: Community Removed**

# *****New BooTy in ToWn******* - 28

report ad

posted: December 11, 2010, 11:04 PM

| | | |
|---|---|---|
| Whitelisted: **Yes**   View Account | Email: courtneyamber44@gmail.com  [ +SPAM+ ] | Delete this Ad   [ Global Delete ] |

**Reply**: click here

615 305 8774 MY NAME IS WINTER AND I WOULD LOVE TO MEET NEW PEOPLE

Poster's age: 28

- Location: Memphis

- Post ID: 3452287 memphis



Email this ad to a friend

**Administrative Data:**

| | | |
|---|---|---|
| Partner: Memphis | Name: | Elizabeth C Yager |
| Ad Type: Online Ad | Phone: | 703 5936515 |
| Paid Ad: **Yes** | Email: | courtneyamber44@gmail.com |
| Ad Price: $5.00 | | [ +SPAM+ ] |
| Whitelisted: **Yes** | User Created: | Saturday, December 11, 2010  07:28 PM MST |
| View all ads by this user on | Settings: | None |

1 of 2

1/20/11 3:16 PM

**ER 7074**

this site (3)

View Account

View Cardref Number

Edit this Ad (backpage form)

Edit this ad (object editor)

Delete this Ad  [ Global Delete ]

Moderate this Ad (fail)

Edit or Delete this User (local)

Bypass Moderation (central settings)

**Ad Analysis**

Referrer:     Unknown
IP:         67.108.178.216
Ad Created:  Saturday, December 11, 2010  10:58 PM MST

**Invoices for this Ad:**

$5.00 on 12-11-2010 - View

Account Login | Affiliate Program **(new)** | Blog | Help | Popular Adult Searches | Privacy Policy | Promote Us | Terms of Use | backpage.com © Copyright 2011

memphis.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**ER 7075**

| | |
|---|---|
| **From:** | Carl Ferrer [Carl.Ferrer@backpage.com] |
| **Sent:** | Saturday, January 22, 2011 12:31 AM |
| **To:** | Michael Lacey |
| **Cc:** | Bill jensen; Scott Spear |
| **Subject:** | Re: Fwd: |

We would NOT have reported Amber's ads to NCMEC.

We make reports when the following happens:
- a user reports it. i.e. "I saw this girl and she is not 18" or "I see this pic and I think she is too young". We aggressively ask users to report child exploitation. We get several reports a day.
- Our moderators will see pics where the pic might be too young or the text is suggestive of child exploitation.

Once a report goes to NCMEC, they vet it and send to local law enforcement. I think they look to make sure it is possible exploitation: pic too young, text saying things like "first time to the rodeo", "fresh", "1st timer", etc.

The NCMEC people have been quite helpful.

Carl


On Jan 21, 2011, at 6:16 PM, Michael Lacey wrote:

> carl
>
> why would we isloate this ad?
>
> what would ncmec do with this ad, what do they look for
>
> what is being guarded against
>
> lacey
>
>>>> Carl Ferrer <Carl.Ferrer@backpage.com> 01/21/11 5:13 PM >>>
> A senior BP staff member can click a link while in admin view called "Report this ad to the NCMEC".
>
> A 4-color pdf is automatically emailed of the posting to NCMEC. It includes an IP, email address, comments from our staff, an FAQ explaining data and how to contact us.
>
> NCMEC then emails us acknowledging receipt of the report.
>
> Carl
>
>
> On Jan 21, 2011, at 5:44 PM, Scott Spear wrote:
>
>> Carl,
>>
>> You are better equipped than I to explain the nuances of the NCMEC reporting than I. Please shoot them the basics without a lot of tech talk.

1

**ER 7076**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00008690
DOJ-BP-0002106677

>>
>> thanks
>>
>> SS
>> Scott Spear
>> Executive Vice President
>> Village Voice Media Holdings, LLC
>> 602-271-0040
>>
>> This message contains information from Village Voice Media Holdings, LLC that is confidential and may be privileged and protected from disclosure.  If you are not the intended recipient, please be advised that any use, dissemination, distribution or copying is strictly prohibited.  If you think you have received this message in error, please contact me immediately at 602-271-0040 or at scott.spear@villagevoicemedia.com Thank you.
>>
>>
>> Begin forwarded message:
>>
>>> From: "Michael Lacey" <Michael.Lacey@VillageVoiceMedia.com>
>>> Date: January 21, 2011 4:37:58 PM MST
>>> To: "Scott Spear" <Scott.Spear@VillageVoiceMedia.com>
>>>
>>> will you send to jensen andy and me a few sentences that describe how we forward to ernie allen questionable ads for his review
>>>
>>> lacey
>>
>

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**ER 7077**

BACKPAGE00008691
DOJ-BP-0002106678

| | |
|---|---|
| **From:** | Carl Ferrer [Carl.Ferrer@backpage.com] |
| **Sent:** | Saturday, January 22, 2011 4:27 AM |
| **To:** | Michael Lacey |
| **Cc:** | Bill jensen; Scott Spear |
| **Subject:** | Re: Fwd: |

Our guide lines are vague but at least easy to remember:

if she looks under 18, report it. If in doubt, report it.
We get a couple of manager's opinions on pics we are not clear about.

Hemu gave us a dozen code words of under aged users.
Perhaps I'll learn more when at NCMEC.

Roughly, we reported 30 ads to NCMEC out of 300,000 adult ads in the past 30 days.

RE: databases
They have a hash list of porn pics and list of child porn URL sites to ban.
Nothing on runaways... yet.

carl

On Jan 21, 2011, at 9:35 PM, Michael Lacey wrote:

> do you have guidelines our people use?
>
> did you get guidelines from them about what theyd like to see?
>
> do you have guidelines from them about what they do?
>
> what youve described is very vague. do they have a database, for example, of runaways?
>
> lacey

CONFIDENTIAL

BP-PSI-018254

BP-AZGJ00018254

**ER 7078**

DOJ-BP-0000001412

Case: 24-5375, 06/10/2025, DktEntry: 66.26, Page 194 of 294

# ☆H_o_T ☆ ☆F_R_E_S_H ☆ Eotic ☆ H_O_T_T_I_E_4; ☆U - 28

posted: February 5, 2011, 04:01 PM

---

Whitelisted: **Yes**  View Account  Email: ynez1983@yahoo.com [+SPAM+]  Delete t

---

Hello, my name is **Ale..** I am looking to meet true gentleman, who is not only generous but respectful as well. I am very sensual and will captivate you with my charm and grace.. I'm fun, easygoing and attentive..

**RATES:**
HR 200

**Reviews:**
Id# 117125
usasexguid3.info
Troothsayerz(dot)com

★.aLex.xx★.5.2.0.2.0.5.0.0.2.7.★
**GOOGLE my number..I AM REAL = 100% ME or it's FREE....**

Poster's age: 28

- Location: Eastside -Incall

- Post ID: 12662453 arizona

ER 7079
DOJ-BP-0002126004

administration > backpage.com > arizona adult entertainment > arizona escorts

# Sexy Brunette ***Sassy, Sexy, and smokin Hot*** - 29

posted: February 2, 2011, 04:52 PM

| Whitelisted: **Yes** | View Account | Email: alexalexq@aol.com [ +SPAM+ ] | Delete t |

**Reply**: click here

Hello there fellas! My name is Alexx Casey. Check out my reviews on PHXASP, TPR, TER ID: 161688
Check out my website and CHAT with me live NOW!< http://www.sexyalexx.com
250 for an hr of my time at my place
for my time at yours
NEW NUMBER!!! TEXT ME at 480-209-7634
TEXT OR EMAIL PREFERRED
I WILL NOT ANSWER BLOCKED CALLS/UNKNOWN NUMBERS

Poster's age: 29

- Location: cave creek/tatum-outcall valleywide

- Post ID: 12389320 arizona

**Email this ad to a friend**

ER 7080
DOJ-BP-0002126005

administration > backpage.com > arizona adult entertainment > arizona escorts

# Smart,Sexy,And Hot! - 37

posted: February 1, 2011, 12:52 PM

| Whitelisted: **Yes** | View Account | Email: luv2bfirst@yahoo.com [ +SPAM+ ] | Delete t |

**Reply**: click here

Hi Guys Are you looking for a little action? Call Jana at 480-238-8769. Smart,Sexy,Hot waiting to be your toy Top!! Check out my web-page at http://sexyjanaofaz.com check out my reviews on TER!

Poster's age: 37

- Location: N.Scottsdale(private res.)

- Post ID: 5079175 arizona

**Email this ad to a friend**

DOJ-BP-0002126006

Case: 24-5375, 06/10/2025, DktEntry: 66.26, Page 197 of 294

# Fine Fun in The New Year! - 21

posted: February 2, 2011, 12:24 AM

| Whitelisted: **Yes** | View Account | Email: Tatumssweetspot@gmail.com [ +SPAM+ ] | Delete th |
|---|---|---|---|

**Reply**: click here

Hello Gentlemen

I am avail Now and throughout the weekend for some hot fun! Sexy, , Energetic, Sweet College co-ed for you! I have a petite build with natural 34 very perky B's, long blonde hair and perfect ass and blue eyses that run deep.... Come share a bit of time with me and make your day!

Ter Reviewed under T-a-t-um

New friends need to be verified 480-652-one seven three nine

Poster's age: 21

- Location: East Valley

- Post ID: 11726720 arizona

- Other ads by this user:
  Take Some Time out With Chloe! - 21 📷 (East Valley) adult entertainment: escorts

**ER 7082**
DOJ-BP-0002126007

# MISTY is well reviewed, BUSTY 44DD's, mature, well skilled, affordable and does - 47

posted: February 2, 2011, 08:18 AM

Whitelisted: **Yes**       View Account       Email: luv2hvsex@aol.com [ +SPAM+ ]       Delete t

**Reply**: click here

Hi Guys,
I am Misty, a 5'8" blonde with green eyes and all natural 44DD's. I can provide you with a truly relaxing experience without breaking the bank.

Many of my clients say "oh my god" or Jesus Christ" after experiencing my very deep relaxing special techniques. And best of all my rates are very affordable.

For full body erotic rubs:
60 minutes = 120
various session lengths and prices available for all desires & budgets
check out my web site of azmisty dot com for details or give me a call
OR
for a complete interaction session of:
60 minutes = 175
various session lengths and prices are available for all desires & budgets

**All sessions are all done at my place in Tempe near the 101 and University.** My hours are 8 am to 10 pm daily. Earlier or later hours can be arranged with advance notice.

More details and pictures can be found at my web site of azmisty dot com
I am well reviewed on T*E*R under profile #62812.

**ER 7083**
DOJ-BP-0002126008



**Mike McGinn, Mayor**
City of Seattle

July 1, 2011

Mr. Jim Larkin
Chairman and Chief Executive Officer
Village Voice Media, LLC
1201 East Jefferson
Phoenix, AZ 85034

Dear Mr. Larkin:

We have a serious problem in Seattle with underage sex trafficking. Children as young as twelve have been exploited in our community. Runaways are particularly vulnerable. On average within 48 hours of leaving home they are solicited for sex. Drug abuse and violence are often right around the corner. Over the past several years we have worked to raise public awareness and dedicated significant resources to the issue. We've worked to get these kids off the street and back in school. And while we have had success with our interventions, as long as there is money to be made in the trafficking of minors this problem will persist.

The Seattle Police Department has identified the use of the adult services section of Backpage as a contributor to the problem. Specifically, they are an "accelerant" of underage prostitution. The problem exists in both the print and online version of the Backpage service. In 2011 alone, SPD detectives uncovered four documented cases of child prostitution openly advertised on the Backpage.com website.

I understand that you have existing policies aimed at preventing the trafficking of minors. But the problem remains. It's time to reexamine your policies. We must do better.

I am inviting you and your staff to sit down with Seattle Police Chief John Diaz and myself to work toward a solution. If we tackle this together, I believe we can find a way forward that better protects youth in Seattle and our country as a whole.

You can reach me at (206) 684-4000 or mike.mcginn@seattle.gov. I look forward to working with you soon.

Sincerely,

Mike McGinn
Mayor

Seattle City Hall, 7th Floor
600 Fourth Avenue
PO Box 94749
Seattle, WA 98124-4749

Tel (206) 684-4000
Fax (206) 684-5360
www.seattle.gov/mayor
mike.mcginn@seattle.gov

**ER 7084**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00027545
DOJ-BP-0002127109

| | |
|---|---|
| **From:** | Jim Larkin [jim.larkin@villagevoicemedia.com] on behalf of Jim Larkin |
| **Sent:** | Wednesday, July 06, 2011 8:53 PM |
| **To:** | Michael Lacey |
| **Subject:** | Fwd: Sgt Byron Fassett |

Michael:
I talked with Carl about this this morning at length.
I wanted him to write what he heard this morning in Dallas from the cops memorialized so that you would have it to review.
Larkin


Begin forwarded message:


**From:** Carl Ferrer <carl.ferrer@backpage.com>
**Date:** July 6, 2011 12:44:52 PM GMT-07:00
**To:** Jim Larkin <jim.larkin@villagevoicemedia.com>, Mike Lacey <Michael.Lacey@VillageVoiceMedia.com>
**Subject: Sgt Byron Fassett**

I had a meeting with SGT Byron Fassett. He heads up the High Risk Victims and Trafficking Unit. My thought is to get to know the guy who is very well known and liked at the Crimes Against Children Conference in Dallas.

He has been quoted in several articles by our papers in the past. Including the superbowl article: http://www.dallasobserver.com/2011-03-03/news/super-bowl-prostitution-100-000-hookers-didn-t-show-but-america-s-latest-political-scam-did/

**I expected a low key meeting with Byron. I ended up in a meeting with 8 well prepared people.** SGT Fassett, SGT Nunez (head of vice), a Lieutenant on the vice squad, ICAC member, Joe Ullman of the FBI, Sally Lannon Lieutenant PD,  Lisa MIller AUSA, Brook Grona-Robb, ADA., and another SGT who pulled records but did not have a card.

I told them I was not a reporter. I run the web site and want to work with them. Our priorities are (1) deter, remove, and report bad postings and (2) help prosecute any child exploitation or human trafficking cases.

SGT Fassett recalled speaking with the Village Voice reporter last week.  He indicated that arrest records are problematic way to qualify the child prostitution issue. However, he felt to exaggerated statistics were not helpful. If we say there are around a 1,000 child prostitute victims,  he says it means there are 10,000.  This is because so many cases involving child exploitation may get charged for a different crime.

They only use 1% of the NCMEC reports we send them. There are several reasons for this:

1

**ER 7085**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY

- backpage needs to do a better job. We are reporting pics where the user is clearly not underaged.
- Even if the pic looks under aged, they still have to set up meetings with the user and often they do not get a call back when they leave a voice mail.
- most of their successful cases are achieved thru other means than one of our NCMEC reports
- even reports from other users often turn out to be competitors just trying to get someone's ad taken down.
- He had printed out a stack of NCMEC reports that he said are not useful with the exception of 1 case. In that exception, they already had heard from a relative and they received a ncmec report from us directly after.
- he is not saying stop the NCMEC reports, just try to do a better job looking at the pic.

Dallas focuses on run aways and this they feel is much more successful. They have 9000 run aways per year. Any child who run aways 4 times or more they believe is at risk of child exploitation. They end up creating a list of 207 high risk children. These high risk children profiles are shared with law enforcement. About 94 high risk children end up involved in prostitution.

They would like backpage to do the following:
1. Build a tool where law enforcement can access and do a search by phone number all cities.
2. Build an image HASH so we can find and remove images where a child is exploited and or assist law enforcement.
3. Include the backpage username that made the NCMEC report
4. Ask the backpage person to provide more detail on why they think someone is under age
5. Include a PSA on the site explaining the consequences of statutory rape (run this in the listings or at the bottom of every ad).
6. Include a time date and time zone info with IP address
7. As was the case in Chicago, they also think they should be able to get info without a subpoena if we added this to our disclaimer or Terms of use. (I said my attorneys continue to review this request but it's problematic)

Sgt Nunez asked if I would remove ads from known prostitutes, I said, email me the posting and I would be happy to do so.

We also talked about user reporting. Do we continue to accept anonymous reports or do get their email address and share it with law enforcement?
I said user reporting was under review and that I will share any info they need with a subpoena (or the promise of a subpoena for exigent circumstance)

- carl


Begin forwarded message:


**From:** Carl Ferrer <carl.ferrer@backpage.com>
**Date:** July 6, 2011 1:27:41 PM CDT

2

**ER 7086**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY

BACKPAGE00018839
DOJ-BP-0002118556

**To:** "Fassett, Byron" <byron.fassett@dpd.ci.dallas.tx.us>
**Subject: Re: See you at 11 AM today**

Byron,
Thank you for the meeting today. I plan to share a few comments and ideas with others in my organization.

I attached a safety improvement PDF. Please feel free to forward it to others at the meeting. It outlines improvements we made to the site in the past 9 months.

best

Carl Ferrer
602-229-8512 office
602-206-9506 cell
carl.ferrer@backpage.com

3

**ER 7087**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY

BACKPAGE00018840
DOJ-BP-0002118557

| | |
|---|---|
| **From:** | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent:** | Friday, July 15, 2011 8:04 AM |
| **To:** | Mike Lacey |
| **Subject:** | Fwd: more |

I just want to make sure you have my thoughts on this photo ID.

---------------------------
RE: Age verification ID
---------------------------

Response:
1. There's always an adult involved in child exploitation.
According to SGT Byron Fassett, Dallas Police Dept's Crimes Against Children unit, the adult places the ad, the adult rents the motel room and the adult provides the transportation. The majority of the cases involve a homeless run away with limited resources. Our own experience at backpage.com has been that in virtually every case of posting involving child exploitation, the post was from someone over the age of 18 and using a valid credit card.

2. Credit cards
We capture full credit card numbers, the users name and address with every transaction. We also use AVS (address verification system) to further help authenticate the user. We do not take cash or money orders. We provide the full credit card number with a subpoena and it has aided law enforcement in their prosecution. Retaining this personally identifiable data and credit card number requires a great deal of expense in terms of security. Many sites simply chose to not retain this information and avoid the expense.

Some clients do use prepaid debit cards,  someone else's credit card with or without the card holder permission. Our experience has been, the vast majority of users eventually post with their credit card and provide valuable personally identifiable information.

3. Photo ID's are impractical for e-commerce sites
Other sites like Match.com, Adultfriendfinder, Plenty of Fish and Craigslist do not require a photo ID to post. Requiring a credit card is the most widely acceptable method of user verification. Very few people have the capability to scan their ID or fax.

4. Images on dating and classified sites are often not valid

It is widely known among law enforcement that the image used on internet postings will often not be real. IMages are often borrowed from other ads or other websites.

5. RE: Eros.com

1

CONFIDENTIAL

**ER 7088**

BP-PSI-018895
DOJ-BP-0001127479

They have a policy that if you look under the age of 25 they may request a fax of the ID. Their ID requirement is enforced selectively. Many vice detectives considers Eros's ID requirement as a way to make it impossible for their vice department to post a sting ad.

6. User education and age verification
We have notices thru out the site to NOT post in adult or personals if you are under 18. The posting form requires you to enter an age. You are told you can not post in the site if you enter any age under 18. Our moderators aggressively report to law enforcement postings they believe may have a pic or language in the ad suggestive of someone who appears to be under the age of 18. In addition, users browsing the site also send us reports on any ads in violation of our terms.

7. Law enforcement has not complained about the quality or quantity of information we provide.
They are more focused on getting the information quickly. For example, they sometimes need information at 3 am where a subpoena will be forthcoming. Backpage staff has been focused on turning around request for information expeditiously as possible often within the hour or same day. I have been told we respond significantly faster than the cell phone carriers, internet service providers and email service providers which can take a week or longer.

- carl

CONFIDENTIAL

ER 7089

BP-PSI-018896
DOJ-BP-0001127480

| | |
|---|---|
| **From:** | Carl Ferrer [carl.ferrer@backpage.com] |
| **Sent:** | Friday, July 15, 2011 4:40 AM |
| **To:** | Michael Lacey |
| **Cc:** | Jim Larkin |
| **Subject:** | Re: stats...more info |

We sent 19 NCMEC reports to date in 2011 for Seattle specific postings.
This does not include Tacoma, etc.

You probably remember these stats:
approx. 21,143 banned terms (terms added on a daily basis)
- 96,350 banned users
- 4,323 banned IP's
- 493,516 ghosted postings all sections (although most people would not know what ghosting means)
- 127,832 removed by our postings all sections (past 30 days)

On a daily basis our staff is reviewing 52,000 postings per day
- some thru moderation queues
- some just by browsing the site

100 staff members are active employed in making the site as safe as possible.
There's more than just removing nudity or removing illegal or harmful postings They also:
Check links to make sure they do not go to malicious sites Remove ads that harvest personal information Respond to user reports of bad ads Prevent credit card fraud.
Fulfill subpoenas

I landed in Seattle so you can call or email questions.

Carl
602-206-9506


On Jul 14, 2011, at 7:54 PM, Jim Larkin wrote:

> Carl:
> Funnel all this metrics stuff to Lacey as you develop it.
> Did we help in any of the Seattle Washington prosecutions?
> Larkin
>
>
> On Jul 14, 2011, at 7:43 PM, Carl Ferrer wrote:
>
>> Also:
>>
>> 1. June NCMEC report count
>> - 280 reports sent.
>> - 23 reports expedited by us
>> - 33% of reports are from users
>>
>> 2. Subpoenas from NCMEC reports
>> 92 total subpoenas
>> 19 of those indicated child exploitation
>> 5 subpoenas were LE followups from NCMEC reports.

1

CONFIDENTIAL

BP-PSI-018898
DOJ-BP-0001127482

**ER 7090**

BP-PSI-018898

```
>>
>>
>> Yesterday (7/14)
>> TIER 1 MODERATORS
>> 15,308 postings were moderated or reviewed in the queue
>>
>> TIER 2
>> 37,515 ads were reviewed
>>
>> TOTAL ADS: 52,823 reviewed by staff
>>
>>
>> On Jul 14, 2011, at 6:14 PM, Scott Spear wrote:
>>
>>> We have 16 million visits per week
>>> over 850 million per year.
>>>
>>> In the last twelve months we had over 31 million ads placed on
>>> Backpage That is slightly over 2.5 million per month
>>>
>>> We are getting approximately 185,000 paid ads per week of which 180,000 are adult or
personals.
>>> The vast majority of these are reviewed in the moderation process.  That equals 24-25k
per day.  Confirm # with Carl to true up for duplicate reviews and users that are white
listed.
>>>
>>> I believe we have 100-110 people involved in moderation.  This includes the 50 in India.
Carl can confirm that number.
>>>
>>> My recollection on # of subpoenas was 90 as a high water mark.  Carl may have newer info.
>>>
>>>
>>> SS
>>
>
```

2

CONFIDENTIAL

BP-PSI-018899
DOJ-BP-0001127483

**ER 7091**
BP-PSI-018898

**seattle, wa** free classifieds

Post an Ad

administration > backpage.com > seattle adult entertainment > seattle escorts

**This ad is not live. Status: Community Removed**

# __ ***Sweet ___ Petite ___ The ___ One ___ Guys ___ Want ___ To ___ Meet ***_____ - 19

report ad

posted: June 3, 2011, 05:27 PM

---

Whitelisted: **Yes**    View Account    Email: miciseattle@yahoo.com    Delete this Ad    [ Global
[ +SPAM+ ]                                                                Delete ]

**Reply**: click here

Hey gentlemen do you want to have an amazing time you wont forget? My name is celia I am 5"4 125lbs your petite treat. You will have an amazing time . I currently have an incall in seatac , and can go on outcalls seattle and surrounding areas I amd just a phones called away so what are you waiting for?

206 5049743

Poster's age: 19

   • Location: Seattle

   • Post ID: 7064334 seattle

Enlarge Picture

**Email this ad to a friend**

---

**Administrative Data:**

Partner:          Name:     Helga
Seattle           Phone:    2065423989
Ad Type:          Email:    miciseattle@yahoo.com
Online Ad                   [ +SPAM+ ]
Paid Ad: **Yes**
Ad Price:

**ER 7092**

$5.00
Whitelisted:
**Yes**

View all ads
by this user
on this site
(64)

View
Account

View
Cardref
Number

Edit this Ad
(backpage
form)

Edit this ad
(object editor)

Delete this
Ad   [ Global
Delete ]

Moderate
this Ad (fail)

Edit or
Delete this
User (local)

Bypass
Moderation
(central
settings)

**Invoices for
this Ad:**
$5.00 on
06-03-2011 -
View

User Created: Monday, April 19, 2010
                03:07 PM PDT
Settings:       Bypass Fraud Alerts

**Ad Analysis**
Referrer:       Unknown
IP:             107.61.209.124
Ad Created:     Friday, June 3, 2011
                05:17 PM PDT



Enlarge Picture



Enlarge Picture

**ER 7093**

Account Login | Affiliate Program **(new)** | Blog | Help | Popular Adult Searches | Privacy Policy | Promote Us | Terms of Use | backpage.com
© Copyright 2011

seattle.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.



Enlarge Picture

ER 7094

**From:** Mike Sitrick [Mike_Sitrick@sitrick.com]
**Sent:** Tuesday, January 24, 2012 3:06 AM
**To:** michael.lacey@villagevoicemedia.com; steve.suskin@villagevoicemedia.com
**Cc:** jim.larkin@villagevoicemedia.com; Tony Knight; emcnally@kasowitz.com; carl.ferrer@backpage.com
**Subject:** Re: backpage

----- Original Message -----
From: Michael Lacey [mailto:michael.lacey@villagevoicemedia.com]
Sent: Monday, January 23, 2012 06:55 PM
To: Steve Suskin <steve.suskin@villagevoicemedia.com>
Cc: Jim Larkin <jim.larkin@villagevoicemedia.com>; Mike Sitrick; Tony Knight; Edward E. McNally <EMcNally@kasowitz.com>; Carl Ferrer <carl.ferrer@backpage.com>
Subject: Re: backpage

we do how many million ads and he picks out one, tells us at end of day and wants our total responce by am?
of course there are kids who get through system. as there are in bars.
this makes pursuit of solution, ie usc study, more critical rather than scoring political points

On 1/23/12, Steve Suskin <steve.suskin@villagevoicemedia.com> wrote:
> See below note back from Kristof when I told the info would be to him
> tomorrow.
>
> CARL: any knowledge of the case to which he refers?
>
> ---------- Forwarded message ----------
> From: Kristof, Nicholas <kristof@nytimes.com>
> Date: Mon, Jan 23, 2012 at 7:12 PM
> Subject: RE: backpage
> To: Steve Suskin <steve.suskin@villagevoicemedia.com>
>
>
> Okay, please try to get it to me early tomorrow if you can.****
>
> One case in particular that I'll write about is one of a ████████
> ████ who was marketed late last year on backpage before being rescued
> by police in Brooklyn. Kendale "Ace" Judge has been charged in that
> case. Anything you can say about that case?****
>
> ** **
>
> *From:* Steve Suskin [mailto:steve.suskin@villagevoicemedia.com]
> *Sent:* Monday, January 23, 2012 9:10 PM

1

Confidential

**ER 7095**

BP-AZGJ_01111122
DOJ-BP-0004426613

> *To:* Kristof, Nicholas
> *Subject:* Re: backpage****
>
> ** **
>
> Unfortunately, circumstances overwhelmed today but we will have info
> for you tomorrow. ****
>
> On Mon, Jan 23, 2012 at 4:14 PM, Kristof, Nicholas
> <kristof@nytimes.com>
> wrote:****
>
> Thanks; that's fine. I also gather that you're turning over suspicious
> ads to the authorities; any information about that would be
> helpful.****
>
>  ****
>
> *From:* Steve Suskin [mailto:steve.suskin@villagevoicemedia.com]
> *Sent:* Monday, January 23, 2012 4:37 PM
> *To:* Kristof, Nicholas
> *Subject:* Re: backpage****
>
>  ****
>
> I'm working on it and expect to get you something by close of business.
>  I'm in Phoenix, so that's MST.  ****
>
>  ****
>
> Best,****
>
>  ****
>
> Suskin****
>
> On Mon, Jan 23, 2012 at 12:18 PM, Kristof, Nicholas
> <kristof@nytimes.com>
> wrote:****
>
> Also can you respond to this statement in the Attorneys General
> letter:****
>
> In a meeting with the Washington State Attorney General"s Office,
> Backpage.com vice president Carl Ferrer acknowledged that the company
> identifies more than 400 "adult services" posts every month that may
> involve minors. This figure indicates the extent to which the
> trafficking of minors occurs on the site - the actual number of minors
> exploited through Backpage.com may be far greater.****
>
>  ****
>
> *From:* Steve Suskin [mailto:steve.suskin@villagevoicemedia.com]
> *Sent:* Monday, January 23, 2012 11:43 AM
> *To:* Kristof, Nicholas
> *Subject:* Re: backpage****
>

2

**ER 7096**

Confidential

BP-AZGJ_01111123
DOJ-BP-0004426614

```
>   ****
>
> Mr. Kristoff:****
>
>  ****
>
> As promised, we are preparing a response to your inquiry.  In order to
> properly respond, however, it would be helpful to understand the
> thrust of your column and how it relates to Backpage.  I look forward
> to your
> response.****
>
>  ****
>
> Best,****
>
>  ****
>
> --****
>
> Steve Suskin****
>
> Legal Counsel****
>
> Village Voice Media Holdings, LLC****
>
>  ****
>
>  ****
>
> On Sat, Jan 21, 2012 at 11:58 AM, Kristof, Nicholas
> <kristof@nytimes.com>
> wrote:****
>
> Steve,****
>
>               I know Hilary Howard spoke to you, and I just wanted
> to reiterate that I'd like to get some kind of comment about the issue
> of backpage and trafficking. I'll probably do my column for next
> Thursday touching on the issue. Would you prefer to talk on the phone
> or give me a statement? ****
>
>               Thanks for the help,****
>
>  ****
>
> Nicholas Kristof****
>
>  ****
>
>  ****
>
>  ****
>
> ** **
>
```

3

**ER 7097**

Confidential

BP-AZGJ_01111124
DOJ-BP-0004426615

| | |
|---|---|
| **From:** | Jim Larkin [jim.larkin@villagevoicemedia.com] on behalf of Jim Larkin |
| **Sent:** | Monday, August 22, 2011 9:41 PM |
| **To:** | Michael Lacey |
| **Cc:** | Edward E. McNally |
| **Subject:** | Fwd: August 22 letter |

# Redacted - Privileged

Begin forwarded message:

**From:** "McGinn, Mike" <Mike.McGinn@seattle.gov>
**Date:** August 22, 2011 1:38:55 PM GMT-07:00
**To:** "jim.larkin@villagevoicemedia.com" <jim.larkin@villagevoicemedia.com>
**Subject: August 22 letter**

Please see attached.

**ER 7098**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00027547
DOJ-BP-0002127111

       

| Glenn Johnson, Mayor City of Pullman | Jon Lane, Mayor City of Moses Lake | Mike McGinn, Mayor City of Seattle | Keith McGlashan, Mayor City of Shoreline | Dan Pike, Mayor City of Bellingham | Marilyn Strickland, Mayor City of Tacoma | Mary Verner, Mayor City of Spokane | Steve Young, Mayor City of Kennewick |

August 22, 2011

Jim Larkin
CEO, Village Voice Media
36 Cooper Square
New York, NY 10003

Dear Mr. Larkin:

We, the undersigned mayors of cities in Washington State, write to urge you to take steps to prevent the use of Backpage.com for underage sex trafficking by requiring in-person verification of any prospective escort advertiser's ID, as well as proof of identity and age for anyone pictured in an escort ad. There is an urgent need to act quickly, as our cities have continued to find advertisements on your site that reflect underage sex trafficking in recent weeks.

Backpage.com does not employ adequate safeguards to prevent underage sex trafficking. To place an ad on Backpage.com, all one has to do is check a box saying that the person featured in the ad is over age 18. Other advertising services require a photo ID to be brought to an office, in person, to verify age. We believe this practice is substantially more effective at rooting out underage sex trafficking. In the last 18 months the City of Seattle has not found any evidence of underage sex trafficking on sites requiring photo ID. Since the beginning of 2010, 22 children advertised on Backpage.com were recovered by the Seattle Police Department. The Tacoma Police Department reports that they are currently working on 16 cases of juvenile prostitution involving 14 persons who had Backpage.com ads.

We urge you to take quick action and help us address underage sex trafficking by requiring photo ID.

Sincerely,

**ER 7099**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00027548
DOJ-BP-0002127112

August 22, 2011
Page 2

Glenn Johnson
Mayor of Pullman

Jon Lane
Mayor of Moses Lake

Michael McGinn
Mayor of Seattle

Keith McGlashan
Mayor of Shoreline

Dan Pike
Mayor of Bellingham

Marilyn Strickland
Mayor of Tacoma

Mary Verner
Mayor of Spokane

Steve Young
Mayor of Kennewick

**ER 7100**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**STATE ATTORNEYS GENERAL**

**A Communication From the Chief Legal Officers
Of the Following States:**

**Connecticut - Illinois - Maryland - Mississippi - Missouri
New Hampshire - Ohio - Pennsylvania**

October 2, 2009

Samuel Fifer
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6404

Dear Mr. Fifer:

We appreciated meeting with you recently in New York regarding our concerns with prostitution ads and other sexually explicit images posted in the adult services and personals sections on backpage.com.  Although we understand many online classified postings on the backpage site are for legitimate purposes, we remain deeply concerned regarding the presence of ads that are illegal and in blatant violation of backpage's terms of service.  Indeed, we are told that since craigslist has taken steps to reduce illegal prostitution ads on its site, the number of such postings has risen dramatically on sites such as backpage.

We were pleased to learn that backpage already requires users posting in the adult services section to provide a valid credit card and a fee that can be charged to the credit card providing an important form of verification.  We were also pleased to learn that backpage acknowledges the problem with illegal postings in the adult services and personals section and intends to hire additional staff to manually review images posted that are reported for abuse in these sections.  Additionally, backpage will continue use of its electronic screening process to catch illegal ads before they are posted to the site. Still, more must be done and we propose the following:

- backpage should hire appropriate staff necessary to manually review every posting in the adult services section and the personals section.

- backpage should eliminate allowing users to provide direct links to their accounts on either the Erotic Review or Cityvibe websites or

CONFIDENTIAL

BP-AZGJ00213512

BP-PSI-2_00013444

**ER 7101**

DOJ-BP-0000196538

any other site whose sole purpose is to provide a forum for prostitution profiles.

- backpage should only allow one photograph to be posted in the adult services or personals section.

- backpage should implement a reporting abuse link specifically for illegal prostitution ads.

- backpage should implement additional verification measures for anyone seeking to visit the over 18 year old sections of its site.

- backpage should continue working with the Attorneys General to expand its electronic screening measures that block certain terms.

- backpage should manually review within 24 hours any ad that is reported as prostitution.

- backpage should acknowledge consumer complaints within 24 hours and respond substantively within 72 hours.

- backpage should continue a dialogue with the Attorneys General considering additional design changes to its site that would more effectively deter illegal activity and protect its users.

Again, we thank you for the efforts you have made to date and we look forward to maintaining a cooperative and productive working relationship with you in the future, including your prompt response to these proposals critical to public safety.

Very truly yours,


Richard Blumenthal
Attorney General of Connecticut

Lisa Madigan
Attorney General of Illinois


Douglas E. Gansler
Attorney General of Maryland

Jim Hood
Attorney General of Mississippi

CONFIDENTIAL

BP-AZGJ00213513

BP-PSI-2_00013445

**ER 7102**

DOJ-BP-0000196539

Chris Koster
Attorney General of Missouri

Michael Delaney
Attorney General of New Hampshire

Richard Cordray
Attorney General of Ohio

Tom Corbett
Attorney General of Pennsylvania

AJ:sd

CONFIDENTIAL

BP-AZGJ00213514

BP-PSI-2_00013446

**ER 7103**

DOJ-BP-0000196540

| | |
|---|---|
| **From:** | Scott Spear |
| **To:** | Carl Ferrer |
| **Subject:** | Fwd: Change.org petition against VVM |
| **Date:** | Tuesday, September 14, 2010 12:04:41 PM |

Scott Spear
Executive Vice President
Village Voice Media Holdings, LLC
602-271-0040

This message contains information from Village Voice Media Holdings, LLC that is confidential and may be privileged and protected from disclosure. If you are not the intended recipient, please be advised that any use, dissemination, distribution or copying is strictly prohibited. If you think you have received this message in error, please contact me immediately at 602-271-0040 or at scott.spear@villagevoicemedia.com Thank you.

Begin forwarded message:

> From: Bill Jensen <bill.jensen@villagevoicemedia.com>
> Date: September 14, 2010 11:48:43 AM MST
> To: Jim Larkin <jim.larkin@villagevoicemedia.com>, Michael Lacey <michael.lacey@villagevoicemedia.com>, Carl Ferrer <carl.ferrer@backpage.com>, Scott Spear <Scott.Spear@VillageVoiceMedia.com>
> Subject: Change.org petition against VVM
>
> http://www.change.org/petitions/view/tell_village_voice_media_to_stop_child_sex_trafficking_on_backpagecom

USAO-BP-0023412

ER 7104

SEP. 21. 2010 12:43PM    MCP/SID                                    NO. 041    P. 2



DEPARTMENT OF POLICE

Isiah Leggett                                                      J. Thomas Manger
*County Executive*                                                *Chief of Police*


Backpage.com                                          September 21, 2010
C/O Village Voice Media
Attn: Jess Adams
1201 E Jefferson Street, Phoenix, AZ 85034


Dear Sir or Madam,

The Montgomery County, Department of Police, Vice Section, in it's ongoing battle with those engaged in Prostitution/Human Trafficking, has found countless advertisements on your internet site www.backpage.com in the adult section under the escort and TS categories.   These categories on your site have been found to cater to those engaged in Prostitution/Human Trafficking. With the demise of Craigslist.com adult section, it has been noted that Backpage.com's advertisements in these categories has increased.

I have also reviewed Backpage.com's Terms of Use and have found several violations in the referenced categories set forth in the User Conduct.  Two items are flagrant violations of the User Conduct, item 2 refers to "unlawful..vulgar…obscene… any kind or nature that encourages conduct that could constitute a criminal offense". Item 4(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration".  The referenced categories are advertising women for the purpose of prostitution in violation of Maryland Criminal Law 11-303 Human Trafficking), 11-304 (Receiving proceeds of Prostitution) and 11-306 (Soliciting for Prostitution).  In addition, some of the women travel across state lines to engage in this activity which is in violation of USC Title 18 Section 2421 – Mann Act. Additionally, Backpage.com may be in violation of Maryland State Law by accepting money for posting advertisements for prostitution.  I am requesting the immediate removal of categories from your Washington DC area site, particularly Montgomery County, Maryland, if you agree that the categories violate Backpage.com's Terms of Use.

I look forward to your cooperation in this matter. If you have any questions or concerns – please address these matters with Detective Dan FitzGerald, Montgomery County, Police Department at 301-840-2496 or dan.fitzgerald@montgomerycountymd.gov.


c.c.    Maryland Attorney General, Douglas Gansler
        Montgomery County State Attorney, John McCarthy


2350 Research Boulevard · Rockville, Maryland 20850 · 240-773-5000 · 301-762-7619 TTY
www.montgomerycountymd.gov

USAO-BP-0023427 ER 7105

SEP. 21. 2010 12:43PM    MCP/SID                          NO. 041    P. 1



# Montgomery County Department of Police
## Special Investigations Division
### 2350 Research Boulevard, Rockville, MD  20850

**(301) 840-2500**                          **(301) 926-0697 (fax)**

Date: _Sept 21, 2010_          Number of Pages: _2_
                                (including cover sheet)

| TO: _Backpage_ | FROM: _Dan Fitzgerald_ |
|---|---|
| | |
| | |

## PLEASE DELIVER IMMEDIATELY

Special Instructions: _____

_____

_____

_____

_____

**IMPORTANT NOTICE:**
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY AT THE TELEPHONE NUMBER LISTED ABOVE. THANK YOU.

USAO-BP-0023428 ER 7106

**washington d.c.** free classifieds

Post an Ad

administration > backpage.com > washington d.c. adult entertainment > washington d.c. escorts

**This ad is not live. Status: Community Removed**

# \*\*\*\*\* \*\*\*\*\*\* \*\*\*\*\*\*\* xxxxxx xxxxxxx xxxxx New BooTy in ToWn xxxxxxx xxxxxx xxxxx \*\*\*\*\*\* \*\*\*\*\* \*

report ad

posted: April 10, 2010, 05:24 PM

Whitelisted: **Yes**    View Account    Email **Redacted for Privacy**    Delete this Ad
[ +SPAM+ ]    [ Global Delete ]

**Reply**: click here

Redacted for Privacy MY NAME IS WINTER AND I WOULD LOVE TO MEET NEW PEOPLE

A picture's worth a 1,000 words, get your **Free** image hosting at ImageDeposit.com



- Location: LAUREL

- Post ID: 3206062 dc

Email this ad to a friend

Enlarge Picture

**Administrative Data:**

| | |
|---|---|
| Partner: District Of Columbia | Name: |
| Ad Type: Online Ad | Phone: **Redacted for Privacy** |
| Paid Ad: **Yes** | Email: [ +SPAM+ ] |
| Ad Price: $5.00 | User Created: Saturday, April 10, 2010  05:09 PM EDT |
| Whitelisted: **Yes** | Settings:    Has Account |

View all ads by this user on this site (15)

View Account

**Ad Analysis**
IP:    **Redacted for Privacy**

1 of 2

CONFIDENTIAL

BP-AZGJ00212778

BP-PSI-2_00012710

**ER 7107**

DOJ-BP-0000195864

***** ****** ******* xxxxxx xxxxxxx xxxxx New BooTy in...        http://admin.dc.backpage.com/FemaleEscorts/xxxxxx-xxxxxxx...

<u>View Cardref Number</u>           Ad Created:    Saturday, April 10, 2010  05:09 PM EDT

<u>Edit this Ad</u> (backpage form)

<u>Edit this ad</u> (object editor)

<u>Delete this Ad</u>   [ <u>Global Delete</u> ]

<u>Moderate this Ad</u> (fail)

<u>Edit or Delete this User</u> (local)

<u>Bypass Moderation</u> (central settings)

**Invoices for this Ad:**

$5.00 on 04-10-2010 - <u>View</u>

---

<u>Account Login</u> | <u>Affiliate Program</u> (new) | <u>Blog</u> | <u>Help</u> | <u>Popular Adult Searches</u> | <u>Privacy Policy</u> | <u>Promote Us</u> | <u>Terms of Use</u> | <u>backpage.com</u>  © Copyright 2011

dc.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

CONFIDENTIAL

BP-AZGJ00212779

BP-PSI-2_00012711

**ER 7108**

DOJ-BP-0000195865

**From:** Jess Adams [jess.adams@backpage.com] on behalf of Jess Adams
**Sent:** Monday, August 31, 2009 9:16 PM
**To:** Carl Ferrer
**Subject:** Fwd: 4039-5672-75237: REMOVED: ————NEW ----————— I LOVE GR@@@K ———————— S~~(Q) UI ^^RT@R ————————— TRAFFI

**Attachments:** Fwd: 4039-5672-75237: REMOVED: ————NEW ----————— I LOVE GR@@@K ———————— S~~(Q) UI ^^RT@R ————————— TRAFFI

only point on this is example of lengths users will go to include banned terms...

1

**ER 7109**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00025547
DOJ-BP-0002125218

| | |
|---|---|
| **From:** | fraud [fraud@backpage.com] on behalf of fraud |
| **Sent:** | Monday, August 31, 2009 9:00 PM |
| **To:** | Cathleen Wingfield; Jess Adams; Tamara Nickel |
| **Subject:** | Fwd: 4039-5672-75237: REMOVED: —————NEW ----——————— I LOVE GR@@@K ——————— S~~(Q) UI ^^RT@R ——————— TRAFFI |

Credit card string 4039-5672-75237 was used to post Escort ads on 8/31 in the following backpage/VVM cities:

Dallas - Online $12.00

The card has been blocked from further use on the site. All invoices have been marked as fraud.


>>> <fraud@backpage.com> 8/31/2009 10:25 AM >>>
The following paid ad has been removed from the site. The invoice status has been set to fraud.

User: laura barrett
Email: SNWBUNNY09@YAHOO.COM
Phone: Unknown

Ad Title:           NEW -----           I LOVE GR@@@K           S~~(Q) UI ^^RT@R           TRAFFIC
Stopping BODY & LOOKS!!!
Partner: dallas.backpage.com
Ad Price: $12.00
Credit Card String: 4039-5672-75237
Action: Send Alert and Remove Ad

**Alert: Fraud Remove Term Match**
* SNWBUNNY09@YAHOO.COM


**Admin Links:**
* View latest ad
* View latest ad (object editor)
* View latest invoice
* View account
* Ban this credit card
* Whitelist this customer

**ER 7110**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BACKPAGE00025548
DOJ-BP-0002125219

==================================================================
From: Carl Ferrer <carl.ferrer@backpage.com>
Date: June 7, 2010 1:31:15 PM CDT
To: Steve.Turnham@cnn.com
Bcc: Carl Ferrer <Carl.Ferrer@backpage.com>
Subject: Hey Steve (i just received your voice mail)

I'm traveling today so email works best.

How can I help you?

Carl Ferrer
backpage.com

==================================================================
From: "Turnham, Steve" <Steve.Turnham@turner.com>
Date: June 7, 2010 11:51:03 AM MST
To: <carl.ferrer@backpage.com>
Subject: Re: Hey Steve (i just received your voice mail)

Hey thanks for getting back to me.

A few questions:

Do you have any screening procedures to try to identify underage girls on your escorts page?

Also do you have any reporting procedures to send sketchy ads on to law enforcement?

There's a girl who advertised on the dc escort page in april who went by the name "winter," she's ██ and the police are trying to find her now...

Any chance you can dig up her ads and send them my way?

Do you charge for escort ads, of so, how much? How much are you expecting to earn from that category this year, and what's that as a percentage of your total revenue?

Can we interview you on camera?

Thanks much,

Steve Turnham
Sr. Producer CNN Investigations
2024412098

---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


==================================================================

Confidential

From: Carl Ferrer <carl.ferrer@backpage.com>
Date: June 7, 2010 4:44:53 PM CDT
To: "Turnham, Steve" <Steve.Turnham@turner.com>
Bcc: Carl Ferrer <Carl.Ferrer@backpage.com>
Subject: Re: Hey Steve (i just received your voice mail)

Steve,
To our knowledge, Backpage has received no  inquiries  from law enforcement regarding this matter, nor has any item such as you describe come to our attention prior to your email.  Our internal search discloses two ads  first posted in April with the word "Winter" and neither depicts  a minor.  Be advised that Backpage promptly responds to all legitimate law enforcement inquiries  in accordance with our Terms of Use and Privacy Policy.  Be further advised that a review of backpage.com will disclose links designed to facilitate reports to NCMEC'S CYBERTIPLINE,  as well as to Backpage management in the event users identify abuses or violations of our Terms of Use.

Thanks for bringing this to our attention.

carl

=====================================================================
From: "Lyon, Amber" <Amber.Lyon@turner.com>
To: <Carl.ferrer@backpage.com>
Date: Fri, 24 Sep 2010 13:04:34 -0400
Subject: Interview Request

Hi Carl,

    My name is Amber Lyon and I am a correspondent with CNN.  My producer, Steve Turnham, has been in touch with you in the past.  I am writing to request an in-person interview with you regarding the Escort page on Backpage.com and to get your response to recent criticisms from victims'â€™ advocates that underage girls are allegedly being sex trafficked on the Escort page.


Thanks and look forward to meeting you,


Amber

=====================================================================
From: Steve Suskin <sps@backpage.com>
Date: September 27, 2010 6:53:34 PM CDT
To: Amber <Amber.Lyon@turner.com>
Bcc: Carl Ferrer <Carl.Ferrer@backpage.com>
Subject: Re: Interview Request

Confidential

BP-AZGJ_01110422

BP-PSI-2_00014150.001
**ER 7112**
DOJ-BP-0000338015



Thank you,
Steve Suskin
Backpage.com

========================================================================

From: "Turnham, Steve" <Steve.Turnham@turner.com>
Date: November 8, 2010 5:18:38 PM CST
To: <sps@backpage.com>
Subject: Hello from CNN



Confidential

BP-AZGJ_01110423

BP-PSI-2_00014150.002

**ER 7113**

DOJ-BP-0000338016



Steve Turnham
CNN Washington
202 441 2098

=================================================================
From: Steve <sps@backpage.com>
Date: November 8, 2010 9:43:37 PM CST
To: "Turnham, Steve" <Steve.Turnham@turner.com>
Subject: Re: Hello from CNN



On Nov 8, 2010, at 5:18 PM, Turnham, Steve wrote:



Confidential     BP-AZGJ_01110424

BP-PSI-2_00014150.003
**ER 7114**
DOJ-BP-0000338017



Steve Turnham
CNN Washington
202 441 2098

========================================================================
===
From: "Lyon, Amber" <Amber.Lyon@turner.com>
Date: December 28, 2010 1:18:04 PM MST
To: <steve.suskin@villagevoicemedia.com>
Subject: Interview Request


Dear Steve,
   I am a reporter with CNN and writing again to request an on-camera interview with Village Voice Media CEO Jim Larkin regarding minors being sold for sex under the escort section of Backpage.com.  It is for a story we are working on.

Sincerely,

Amber Lyon


Amber Lyon
CNN Correspondent
(404) 405-5455
Amber.Lyon@CNN.com


========================================================================
===


Thanks,

Steve

Confidential

BP-AZGJ_01110425

BP-PSI-2_00014150.004
ER 7115
DOJ-BP-0000338018



--Steve Suskin
Backpage.com

| | |
|---|---|
| **From:** | Edward E. McNally [EMcNally@kasowitz.com] |
| **Sent:** | Thursday, January 26, 2012 6:53 AM |
| **To:** | michael.lacey@villagevoicemedia.com; jim.larkin@villagevoicemedia.com; mike_sitrick@sitrick.com; tony_knight@sitrick.com |
| **Cc:** | steve.suskin@villagevoicemedia.com; carl.ferrer@backpage.com |
| **Subject:** | NYT, Jan. 26: How Pimps Use the Web to Sell Girls |

OPINION

OP-ED COLUMNIST

How Pimps Use the Web to Sell Girls

The New York Times

By NICHOLAS D. KRISTOF

Published: January 26, 2012



The episode also shines a spotlight on how the girl was marketed - in ads on Backpage.com, a major national Web site where people place ads to sell all kinds of things, including sex. It is a godsend to pimps, allowing customers to order a girl online as if she were a pizza.

Lauren Hersh, the ace prosecutor in Brooklyn who leads the sex-trafficking unit there, says that of the 32 people she and her team have prosecuted in the last year and a half - typically involving victims aged 12 to 25 - a vast majority of the cases included girls marketed through Backpage ads.

"Pimps are turning to the Internet," said Hersh. "They're not putting the girls on the street so much. Backpage is a great vehicle for pimps trying to sell girls."

Craigslist backed out of this sector after public protests. Pimps then moved to Backpage.com, which is owned by Village Voice Media, owners of The Village Voice weekly newspaper.

BP-PSI-916214
ER 7117
BP-AZGJ01110672
DOJ-BP-0000089315

Attorneys general from 48 states wrote a joint letter to Backpage, warning that it had become "a hub" for sex trafficking and calling on it to stop running adult services ads. The attorneys general said that they had identified cases in 22 different states in which pimps peddled underage girls through Backpage.

REDACT ████████████████████████████████████████████████████████

████████████████████████████████████████████████

But Backpage isn't budging. Indeed, it has fought back with personal attacks on those, such as Ashton Kutcher, who have linked it to human trafficking.

Steve Suskin, legal counsel to Village Voice Media, gave me a lengthy statement in which he argued that the company is already cooperating closely with law-enforcement authorities. He cited a 16-year-old girl in Seattle who was rescued as a result of a tip the company had made.

"Censorship will not rid the world of exploitation," Suskin asserted.

It's true that there's some risk that pimps will migrate to new Web sites, possibly based overseas, that are less cooperative. But, on balance, that's a risk worth taking. The present system is failing. Pimps aren't the shrewdest marketers, and eliminating a hub for trafficking should at least chip away at the problem.

Backpage suggests that it is battling censors and prudes. In fact, what drives it seems to be greed. In their letter, the attorneys general said that Backpage earns more than $22 million annually from prostitution advertising.

REDACT ████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

REDACT ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

REDACT ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

REDACT ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

• I invite you to visit my blog, On the Ground. Please also join me on Facebook and Google+, watch my YouTube videos and follow me on Twitter.

BP-PSI-916215
BP-AZGJ01110673
ER 7118
DOJ-BP-0000089316

Edward E. McNally
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1708
Fax (212) 835-5279
EMcNally@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

3

BP-PSI-916216
BP-AZGJ01110674
ER 7119
DOJ-BP-0000089317

| | |
|---|---|
| **From:** | Jed Brunst |
| **To:** | carl@adtechbv.com |
| **Cc:** | Michael Gage |
| **Subject:** | Re: Bank Frick bank accounts |
| **Date:** | Wednesday, July 27, 2016 6:28:34 AM |

We have no choice but to comply. I wonder if this isn't coming from one of their correspondent banks. Anyway , you should have all the info

On Wednesday, July 27, 2016, <carl@adtechbv.com> wrote:
Unbelievable. This will take a long time to answer. It sounds like another month.

Time to move future deposits:
1. GG and UA need to deposit to bank where we can access funds.

2. I'll look for a place to move cracker transactions to bank that gives us access to funds. My meeting with Frick will not be nice.

The bank situation seems uglier everyday.

Why can't we transfer our funds to WT at BB&T and we make the loan payment from BB&T. Perhaps this will be less compliance work.

Carl


Carl


Begin forwarded message:


**From:** Livio Crotta <Livio.Crotta@bankfrick.li>
**Date:** July 27, 2016 at 9:55:28 AM GMT+2
**To:** "michael@websitetechnologies.com" <michael@websitetechnologies.com>
**Cc:** "carl@adtechbv.com" <carl@adtechbv.com>, Mauro Casellini <Mauro.Casellini@bankfrick.li>, Michael Morsch <michael.morsch@masterpayment.com>
**Subject: AW: Bank Frick bank accounts**


Dear Mr. Gage



As Mauro mentioned in the last mail, there are some other inquiries from the compliance department. Unfortunately we received an update from the compliance office. They do not release the payment until they the following information below – We apologize for any inconvenience causes. The fact with the documentation is just

USAO-BP-025542

until everything is clear. After everything is documented, it will be much easier for the future.

We would be very grateful if you could send us the following documents/answers as soon as possible:

- In the Forbearance Agreement reference is made to the Loan Agreement of 22.04.2014. → We need this Loan Agreement.

- Also in Forbearance Agreement reference is made to the Amended Restated Promisory Note of 01.06.2015 → We need this Amended Restated Promisory Note.

- Also in Forbearance Agreement reference is made to a first Modification Agreement of 23.10.2015. → We need this First Modification Agreement.

- On the Forbearance Agreement is missing the signature of the Lender. → This Forbearance Agreement is just acceptable if all parties have signed.

- What is the background for de Loan of 76 Mio.? The Website purchase was reference to the SPA Agreement just about 3. Mio

- We need more Information about John E. Brunst who is responsible for Shearwater (Lender). → Who is the UBO of Sharewater? How is this UBO connected with Carl Ferrer and why did they give such a big loan and why the loan was needed?

- Future Payments should go to the sister company Cereus Properties. → Who is the UBO of Cereus and what is the company purpose of Cereus?

- Is the payment of USD 5 Mio. in connection with Backpage (Subtitle of the Forbearance Agreement)?

- The Guarantors of the loan are all companies from the UBO Carl Ferrer. How can they guarantee for the loan?

- To validate the plausibility of the loan would be the financial statements/Annual reports of the involved companies (Borrower/Guarantor) useful.

Thank you for your cooperation.

Kind Regards,

USAO-BP-025543

Livio Crotta


Livio Crotta

Assistant Business Development | +423 388 21 80

**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li


Hinweis zur E-Mail-Kommunikation | Notice concerning email communication

---

**Von:** Mauro Casellini
**Gesendet:** Freitag, 22. Juli 2016 17:43
**An:** 'Michael Gage' <michael@websitetechnologies.com>
**Cc:** carl@adtechbv.com; Livio Crotta <Livio.Crotta@bankfrick.li>
**Betreff:** AW: Bank Frick bank accounts


Hi Michael,


Thank you for your e-mail. I received the feedback from our compliance department a few minutes ago.

We will release this payment of USD 5 Mio in EUR next week. Every payment especially payments with this high amount will be paid +2 value days.

USAO-BP-025544

Therefore should the beneficiary receive the amount at Wednesday.

It's possible that there are some inquiries from the compliance department in reference to the contracts but this will not affect the release of this payment.

If there are some questions please don't hesitate to contact Livio (livio.crotta@bankfrick.li) because I'm on holidays the next two weeks.

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17

**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li

**Von:** Michael Gage [mailto:michael@websitetechnologies.com]
**Gesendet:** Freitag, 22. Juli 2016 15:58
**An:** Mauro Casellini <Mauro.Casellini@bankfrick.li>
**Cc:** carl@adtechbv.com
**Betreff:** Re: Bank Frick bank accounts

Mauro

The beneficiary of the wire is requesting an update. We need to get this payment processed to avoid penalties.

USAO-BP-025545

Can you provide an update?  Can you request an update from Compliance?  How long does it take?

---

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561

On Thu, Jul 21, 2016 at 11:33 AM, Mauro Casellini <Mauro.Casellini@bankfrick.li> wrote:

> Hey Michael,
>
> The compliance department is looking over it. I will come back to you asap.
>
> The payments will be released faster in the future. It's only the first time because it's something like a "standing order"
>
> Best,
>
> Mauro
>
> Von meinem iPhone gesendet
>
> Am 21.07.2016 um 18:17 schrieb Michael Gage <michael@websitetechnologies.com>:
>
>> Mauro
>>
>> Any word on the wire?

USAO-BP-025546

_____

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561


On Tue, Jul 19, 2016 at 10:01 AM, Mauro Casellini <Mauro.Casellini@bankfrick.li> wrote:

Hi Michael,

So Carl Ferrer can sign the Payment order in appendix. Scan it and send it by e-mail to my side.

After I received your payment order I will forward it to the compliance department and they will check everything.

If we need further information in reference to AML and so on I will contact you.

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17


**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li

USAO-BP-025547

ER 7125

**Von:** Michael Gage [mailto:michael@websitetechnologies.com]
**Gesendet:** Dienstag, 19. Juli 2016 16:46
**An:** Mauro Casellini <Mauro.Casellini@bankfrick.li>
**Cc:** carl@adtechbv.com
**Betreff:** Re: Bank Frick bank accounts

Mauro

The payment should be made to Cereus Properties.  I don't know if you can send in USD.  The equivalent in Euro can be sent if need be.

_____

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561

On Tue, Jul 19, 2016 at 2:28 AM, Mauro Casellini <Mauro.Casellini@bankfrick.li> wrote:

> Hi Michael,
>
> I received the documents a few minutes ago. I forward them to the compliance department and they will double-check everything.
>
> From my understanding I should now pay USD 5 Mio. To UGC Tech Group?
>
> I'm not able to find the account information from UGC Tech Group in the files in appendix. You only forwarded me the account information from Cereus Properties LLC.
>
> In appendix the Payment Order document for AdTech.

USAO-BP-025548 ER 7126

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17


**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li


**Von:** Michael Gage [mailto:michael@websitetechnologies.com]
**Gesendet:** Montag, 18. Juli 2016 16:39
**An:** Mauro Casellini <Mauro.Casellini@bankfrick.li>
**Cc:** carl@adtechbv.com
**Betreff:** Re: Bank Frick bank accounts


Mauro


I received notification from UPS that you received the original documentation today. I trust everything is in order.


Now that we have cleaned up the paperwork, we would like to begin using the account. I would like to request your help with our first wire.


I am attaching documentation for a US$5,000,000 wire Ad Tech needs to make on behalf of its parent corporation UGC Tech Group.


The attached includes documentation showing Ad

USAO-BP-025549**ER 7127**

Tech BV is owned by Ad TEch Coop which in turned is owned by UGC Tech Group. Also included are two Forbearance Agreements pursuant to the original purchase of UGC Tech Group. Finally, also attached are letters from the note holders requesting payment and their wire instructions.

UGC is behind on their principal payments because we did not have access to the Bank Frick funds.

Can you please verify the information, approve the transaction and help me complete the Bank Frick wire templates this first time. Once we have completed this process, we will be sending a wire monthly for the principal payment. After this time, I will be able to complete the template on my own following the format establish this first time.

Thanks for your help and please let me know if you need additional information or clarification.

_____

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561

On Thu, Jul 14, 2016 at 2:06 AM, Mauro Casellini <Mauro.Casellini@bankfrick.li> wrote:

> Hey Michael,
>
> I received the final feedback from the compliance office this morning.

USAO-BP-025550

Everything looks fine. You can forward me the original documents by post to:


Bank Frick & Co. AG

Mauro Casellini

Landstrasse 14

LI-9496 Balzers


Best regards,

Mauro Casellini


Von meinem iPhone gesendet


Am 12.07.2016 um 15:39 schrieb Michael Gage <michael@websitetechnologies.com>:

> Mauro
>
>
> This time with the attachment.
>
>
> _____
>
> Michael Gage
>
> Website Technologies, LLC
>
> Chief Financial Officer
>
> 469-317-6003
>
> 469-533-1561
>
>
> On Tue, Jul 12, 2016 at 9:37 AM, Michael Gage <michael@websitetechnologies.com> wrote:

USAO-BP-025551 **ER 7129**

Mauro

Thank you for your help.  Attached is the revised first page and corp structure.

Once you approve, I will mail the originals as you request.

_____

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561

On Tue, Jul 12, 2016 at 2:25 AM, Mauro Casellini <Mauro.Casellini@bankfrick.li> wrote:

> Hi Michael,
>
> Thank you for the answers and documents.
>
> Everything looks fine. There are only two last open things.
>
> *Page 1 Address:*
> Please fill out the "Trade".
> >From my point of view should it be something like: "Technical/Operational Service for Marketplaces" (if it's too long you can fill it out written by hand)
>
> *Beneficial owner situation.*
> You wrote that Carl Ferrer is the UBO of the

USAO-BP-025552

company. That is perfect.

But can you show us in a short overview (PowerPoint for example) how the structure from Ad Tech is?

The case is that we can see in the Commercial Register that "Ad Tech Coöperation U.A." is the shareholder from Ad Tech B.V.

The short overview can be something like this (I'm not sure if my overview is correct, it's only an example):

<image001.png>

After that it would be perfect if you can send us the original signed documents to the following address:

Bank Frick & Co. AG

Mauro Casellini

Landstrasse 14

LI-9496 Balzers

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17

**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li

USAO-BP-025553 ER 7131

**Von:** Michael Gage
[mailto:michael@websitetechnologies.com]
**Gesendet:** Freitag, 8. Juli 2016 17:24
**An:** Mauro Casellini
<Mauro.Casellini@bankfrick.li>
**Cc:** carl@adtechbv.com; Gunnar Berg
<gunnar.berg@summitpaymentservices.com>;
Morsch (SPS)
<michael.morsch@summitpaymentservices.com>
**Betreff:** Re: Bank Frick bank accounts


Mauro


Please see attached documents with
the requested changes.  Please
review and once you approve we will
send the originals via UPS.


_____

Michael Gage

Website Technologies, LLC

Chief Financial Officer

469-317-6003

469-533-1561


On Fri, Jul 8, 2016 at 7:12 AM, Mauro
Casellini
<Mauro.Casellini@bankfrick.li> wrote:

> Dear Michael,


> I received the following feedback from
> our Compliance department:

USAO-BP-025554

**Signature "Jointly/Alone"**

We need to get an official document where we can see that Carl Ferrer is allowed to sign the documents alone. In the Commercial Register is written that Carl is "authorised jointly (with other board member(s), see articles)"

**Application for opening a bank account**:

*Page 1 Address:*
Can you please explain us why you use two different addresses?

If we check your homepage http://adtechbv.com/contact.html we can find the Mailing but not the Holder Address

Please fill out the "Trade"

*Page 1 Determination of the beneficial owner:*

Please mark "That a third party is the final beneficial owner of the assets"

*Page 2 Purpose of inflow of funds:*

Please define the purpose of the inflow of funds. I would describe it as: Business activity/Acquiring Business

*Page 3 Determination of beneficial owners:*
Can you please define the

USAO-BP-025555 ER 7133

Profession/Trade in more detail?
For example: Managing Director from Ad Tech BV

You also need to sign this part of the form

**Unterschriften-Karte und Vollmacht**

Please mark on the top that it is a "Stammkarte" (Basic signature card)

And as already explained in an older e-mail. We need all the account opening documents as original by post.

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17

**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li

USAO-BP-025556
ER 7134

**Von:** Mauro Casellini
**Gesendet:** Donnerstag, 7. Juli 2016 16:53
**An:** 'Michael Gage'
<michael@websitetechnologies.com>
**Cc:** carl@adtechbv.com; Gunnar Berg
<gunnar.berg@summitpaymentservices.com>
**Betreff:** AW: Bank Frick bank accounts

Dear Michael,

We let you do payments. You can forward me the „Zahlungsauftrag" from my last E-Mail (also in appendix in this e-Mail). You can fill it out on your pc, sign it and send it to my side by scan.

After that we will do the payments for you.

If a transaction amount is higher than CHF 100'000 we need more information about it (KYC and AML reasons). If it's lower there is no documentation necessary.

There is actually no e-banking-system existing at our side where you would be able to set up payments by yourself.

But there is also another solution that we use with technically affine clients. But this would also need a "setup" from your side. We can load a "standardized"-File in our banking system for the payments.

We would need a csv file from you with the structure from the file in appendix (Explanation Payment File für Loader.xlsx) for the daily payments.

USAO-BP-025557 ER 7135

This would be a solution to set up in the next weeks but for now you have to forward me the "Zahlungsauftrag" for the payments that we are able to settle some payments. You can fill out more than one payment in every file.

Kind regards,

Mauro Casellini

Head of Business Development | +423 388 21 17

**Bank Frick & Co. AG**

Landstrasse 14 | 9496 Balzers | Liechtenstein

+423 388 21 21 | www.bankfrick.li

**Von:** Michael Gage [mailto:michael@websitetechnologies.com]
**Gesendet:** Donnerstag, 7. Juli 2016 16:02
**An:** Mauro Casellini <Mauro.Casellini@bankfrick.li>
**Cc:** carl@adtechbv.com; Gunnar Berg <gunnar.berg@summitpaymentservices.com>
**Betreff:** Re: Bank Frick bank accounts

Mauro

We need this to be a priority. We have funds that we need to use for operations and it would be very burdensome to expect us to send

USAO-BP-025558 ER 7136

you the information for every wire
or bill we need to pay.

--
Jed Brunst
7150 E Camelback Road
Suite 320
Scottsdale AZ 85251
(O) 480-800-3282
(C) 602-549-7887

# Flowchart
# COUNT 53



USAO-BP-0032699

# Flowchart
# COUNT 54



USAO-BP-0032700 **ER 7139**

# Flowchart
# COUNT 55



USAO-BP-0032701

# Flowchart
# COUNT 56



USAO-BP-0032702 ER 7141

# Flowchart
# COUNT 57



USAO-BP-0032703 **ER 7142**

# Flowchart
# COUNT 58



# Flowchart
# COUNT 59



USAO-BP-0032705 **ER 7144**

# Flowchart
# COUNT 60



USAO-BP-0032706 **ER 7145**

# Flowchart
# COUNT 61



USAO-BP-0032707<b>ER 7146</b>

# Flowchart
# COUNT 62



USAO-BP-0032708 ER 7147

# Flowchart
# COUNT 63



USAO-BP-0032709 ER 7148

# Flowchart
# COUNT 64



USAO-BP-0032710 **ER 7149**

## Flowchart
## COUNT 65



USAO-BP-0032711 **ER 7150**

# Flowchart
# COUNT 66



USAO-BP-0032712 **ER 7151**

# Flowchart
# COUNT 67



USAO-BP-0032713 ER 7152

# Flowchart
# COUNT 68



USAO-BP-0032714

# Flowchart
# COUNTS 69-70



USAO-BP-0032715 **ER 7154**

## Flowchart
## COUNTS 71-77



USAO-BP-0032716 ER 7155

# Flowchart
# COUNT 78



USAO-BP-0032717 **ER 7156**

# Flowchart
# COUNT 79



USAO-BP-0032718 **ER 7157**

# Flowchart
# COUNT 80



USAO-BP-0032719

# Flowchart
# COUNT 81



USAO-BP-0032720 **ER 7159**

# Flowchart
# COUNT 82



USAO-BP-0032721 ER 7160

# Flowchart
# COUNTS 83-84



USAO-BP-0032722 ER 7161

# Flowchart
# COUNT 85



BACKPAGE.COM
US BANK
'1165

2/4/2013 - 2/25/2013
$6.5 MILLION

CAMARILLO HOLDINGS LLC
BMO HARRIS BANK
'7172

4/12/2013 – 11/2/2015
24 transactions
$6,270,188.53

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

COUNT 85

7/22/2016
$50,000

STRATEGIC STORAGE
TRUST II, INC

USAO-BP-0032723

# Flowchart
# COUNT 86



## Flowchart
## COUNT 87



USAO-BP-0032725

# Flowchart
# COUNT 88



12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

COUNT 88
10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 2 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1967

USAO-BP-0032726
ER 7165

# Flowchart
# COUNT 89



USAO-BP-0032727 ER 7166

# Flowchart
# COUNT 90



USAO-BP-0032728 **ER 7167**

# Flowchart
# COUNT 91



12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

COUNT 91

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 8 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1991

USAO-BP-0032729

# Flowchart
# COUNT 92



COUNT 92

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 10 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'2014

USAO-BP-0032730

# Flowchart
# COUNT 93



USAO-BP-0032731 ER 7170

# Flowchart
# COUNTS 94-100



USAO-BP-0032732

Gross Revenue by Section
10/1/2010 - 11/1/2012
Analysis derived from file (ATTACHMENT – Monthly Revenue & Ad Count report by Section and Category.xlsx)

| Date | adult entertainment | buy, sell, trade | community | musician | real estate for sale | services | Local Places | automotive | jobs | personals | rentals | Monthly Adult Total | Monthly Non-Adult Total | Percentage of Revenue Generated from Adult Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/10 | $ 1,172,388.49 | $ 882.17 | $ 203.92 | $ 192.47 | $ 466.76 | $ 29,475.57 | | $ 217.08 | $ 1,075.86 | $ 1,254.00 | $ 1,041.20 | $ 1,172,388.49 | $ 34,809.03 | 97.12% |
| 11/1/10 | 3,281,842.25 | 27,151.65 | 7,064.55 | 3,572.35 | 8,873.14 | 134,417.55 | | 5,613.14 | 24,467.41 | 17,126.29 | 16,947.82 | 3,281,842.25 | 245,233.90 | 93.05% |
| 12/1/10 | 3,359,721.43 | 24,657.33 | 6,896.41 | 2,912.25 | 7,726.00 | 142,663.15 | | 4,242.28 | 19,306.08 | 17,123.13 | 13,724.77 | 3,359,721.43 | 239,251.40 | 93.35% |
| 1/1/11 | 3,636,542.38 | 21,733.59 | 6,528.43 | 3,279.75 | 8,531.46 | 167,174.23 | | 4,182.64 | 21,868.12 | 16,983.48 | 13,787.13 | 3,636,542.38 | 264,068.83 | 93.23% |
| 2/1/11 | 3,422,812.18 | 26,341.35 | 5,560.14 | 2,723.04 | 8,005.27 | 157,035.82 | | 5,096.48 | 26,411.74 | 17,766.20 | 12,356.74 | 3,422,812.18 | 261,296.78 | 92.91% |
| 3/1/11 | 4,120,845.18 | 36,339.23 | 8,923.21 | 3,186.09 | 9,846.36 | 179,730.21 | | 4,106.44 | 23,818.34 | 20,769.57 | 12,479.21 | 4,120,845.18 | 299,198.66 | 93.23% |
| 4/1/11 | 4,142,653.77 | 26,077.30 | 6,580.42 | 3,130.21 | 8,492.96 | 175,922.93 | | 5,279.88 | 16,368.60 | 18,623.82 | 10,438.90 | 4,142,653.77 | 270,915.02 | 93.86% |
| 5/1/11 | 4,521,199.08 | 28,851.01 | 5,982.85 | 4,068.25 | 7,889.32 | 194,051.89 | | 5,466.18 | 14,534.66 | 23,095.54 | 12,177.88 | 4,521,199.08 | 296,117.58 | 93.85% |
| 6/1/11 | 4,690,660.37 | 31,597.43 | 6,238.32 | 3,162.80 | 7,961.59 | 214,153.72 | | 5,867.70 | 14,614.23 | 13,718.49 | 11,493.21 | 4,690,660.37 | 308,807.49 | 93.82% |
| 7/1/11 | 4,808,444.94 | 26,050.38 | 7,209.08 | 3,016.85 | 7,531.78 | 213,609.62 | | 4,943.80 | 13,881.12 | 14,856.55 | 10,667.38 | 4,808,444.94 | 301,766.56 | 94.09% |
| 8/1/11 | 4,924,207.19 | 24,953.14 | 7,796.55 | 2,527.92 | 7,123.66 | 216,886.61 | | 4,084.69 | 14,952.00 | 16,023.76 | 11,126.32 | 4,924,207.19 | 305,474.65 | 94.16% |
| 9/1/11 | 4,864,109.40 | 33,300.14 | 7,771.01 | 2,731.84 | 6,262.62 | 221,825.56 | | 3,691.96 | 11,450.17 | 16,108.77 | 12,744.82 | 4,864,109.40 | 315,886.89 | 93.90% |
| 10/1/11 | 5,103,094.84 | 25,963.16 | 6,718.70 | 2,152.78 | 5,749.88 | 238,869.65 | | 4,972.68 | 13,221.22 | 15,857.64 | 11,186.81 | 5,103,094.84 | 324,692.52 | 94.02% |
| 11/1/11 | 4,966,743.65 | 23,353.12 | 4,906.76 | 3,996.78 | 3,996.78 | 221,109.90 | | 4,288.86 | 12,950.03 | 17,876.90 | 9,426.36 | 4,966,743.65 | 300,356.39 | 94.30% |
| 12/1/11 | 5,229,829.96 | 21,595.54 | 4,847.72 | 2,363.16 | 4,471.51 | 217,695.47 | 11.58 | 5,049.84 | 9,742.03 | 18,562.05 | 9,331.43 | 5,229,829.96 | 293,670.33 | 94.68% |
| 1/1/12 | 5,263,107.33 | 25,502.90 | 5,663.37 | 2,741.32 | 5,962.85 | 249,105.31 | 19.43 | 4,834.03 | 14,472.58 | 19,225.19 | 9,255.12 | 5,263,107.33 | 336,782.10 | 93.99% |
| 2/1/12 | 5,122,707.17 | 29,191.91 | 5,733.61 | 2,393.99 | 5,479.42 | 239,671.08 | 43.05 | 4,769.42 | 12,921.92 | 17,910.71 | 7,432.54 | 5,122,707.17 | 325,547.65 | 94.02% |
| 3/1/12 | 6,105,260.59 | 34,917.85 | 6,042.17 | 2,380.07 | 5,986.16 | 275,823.27 | 142.05 | 4,625.69 | 11,988.95 | 20,722.01 | 5,695.28 | 6,105,260.59 | 368,323.50 | 94.31% |
| 4/1/12 | 6,046,400.44 | 30,082.83 | 6,339.32 | 3,564.42 | 6,560.98 | 270,975.77 | 276.35 | 4,327.02 | 11,536.40 | 21,978.82 | 6,839.56 | 6,046,400.44 | 362,481.47 | 94.34% |
| 5/1/12 | 6,805,397.88 | 34,265.56 | 7,059.33 | 2,028.00 | 5,539.45 | 278,077.72 | 187.60 | 4,236.77 | 9,624.27 | 24,531.37 | 6,604.28 | 6,805,397.88 | 372,154.35 | 94.82% |
| 6/1/12 | 7,333,857.91 | 28,734.39 | 8,003.85 | 3,202.16 | 6,611.34 | 283,794.46 | 233.28 | 4,087.82 | 8,632.55 | 21,308.68 | 5,610.32 | 7,333,857.91 | 370,218.85 | 95.19% |
| 7/1/12 | 7,751,310.96 | 31,839.88 | 6,833.60 | 2,264.26 | 6,058.67 | 312,728.74 | 249.79 | 4,594.90 | 8,041.68 | 18,052.42 | 5,905.77 | 7,751,310.96 | 396,569.71 | 95.13% |
| 8/1/12 | 8,257,268.93 | 30,412.05 | 6,273.77 | 2,677.81 | 5,996.06 | 314,237.44 | 357.02 | 3,196.58 | 7,113.81 | 19,042.79 | 5,355.30 | 8,257,268.93 | 394,662.63 | 95.44% |
| 9/1/12 | 7,868,991.49 | 35,384.86 | 6,545.39 | 3,502.28 | 4,738.66 | 310,711.46 | 494.88 | 3,672.00 | 6,865.79 | 19,714.23 | 5,092.27 | 7,868,991.49 | 396,721.82 | 95.20% |
| 10/1/12 | 8,277,525.99 | 32,413.66 | 6,957.05 | 2,600.07 | 4,594.90 | 338,345.36 | 351.71 | 4,057.74 | 9,864.06 | 21,062.73 | 5,256.51 | 8,277,525.99 | 425,503.79 | 95.11% |
| 11/1/12 | 7,773,173.56 | 33,351.21 | 3,505.20 | 2,050.36 | 2,986.01 | 319,921.10 | 515.96 | 3,168.96 | 7,293.66 | 21,372.86 | 3,981.68 | 7,773,173.56 | 398,147.00 | 95.13% |
| **Total by Section** | $ 138,850,097.36 | $ 724,943.64 | $ 162,184.73 | $ 70,872.18 | $ 163,443.59 | $ 5,918,013.59 | $ 2,882.70 | $ 112,674.58 | $ 347,017.28 | $ 470,668.00 | $ 235,958.61 | $ 138,850,097.36 | $ 8,208,658.90 | 94.42% |

USAO-BP-014976
ER 7172

| Annual Revenue for Business Entities Years 2013 - 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| Backpage.com | 112,694,191.00 | 134,928,026.00 | 45,543,673.00 | | | |
| Website Tech | | | 51,896,668.00 | 76,598,293.00 | 74,400,882.00 | 15,136,478.00 |
| Ad Tech BV | | | 9,714,327.00 | 51,947,374.00 | 61,228,118.00 | 10,511,614.00 |
| Total Revenues by Year | 112,694,191.00 | 134,928,026.00 | 107,154,668.00 | 128,545,667.00 | 135,629,000.00 | 25,648,092.00 |

| Total Reported Income from Medalist Holdings, Inc. Officer Compensation, Ordinary Business Income and Interest Income Combined Years 2013 -2015 | | |
|---|---|---|
| | 2013 | 2014 | 2015 |
| Michael Lacey | $ 38,540,819 | $ 50,400,876 | $ 25,907,885 |
| James Larkin | 37,436,225 | 49,208,968 | 23,948,701 |
| Jed Brunst | 6,025,074 | 10,174,688 | 3,803,023 |
| Scott Spear | 2,955,254 | 4,358,907 | 2,779,706 |
| Total Income by Year | $ 84,957,372 | $ 114,143,439 | $ 56,439,315 |

USAO_BP-0025779 **ER 7173**

☆Well Reviewed☆Super Cute☆— ██ ■■ ▪ ▁ SEXY PETITE ♥ BUSTY♥ ROUND...  Page 1 of 2

**portland, or** free classifieds

Post an Ad

backpage.com > portland adult entertainment > portland escorts

Report Ad

## ☆Well Reviewed☆Super Cute☆— ██ ■■▪ ▁ SEXY PETITE ♥ BUSTY♥ ROUND B00T¥ ▁ ■ ■ ████ ——————————— - 21

Posted: Tuesday, March 19, 2013 12:47 PM

**Reply**: click here

Hey there. My name is ☆•Rachel•☆
I'm a *Well Reviewed* ,Super Cute,Petite, Busty with a Round Booty!
I'm a fun, spontaneous, FREAKY and very open minded girl!
Satisfaction is a must. If you like my picture, you will love me in person.♥♥♥
Hope to see you soon :) XOXO

•☆•Recent & Actual Pics
•☆•Independent
•☆•A REAL PLEASER!

**No Blocked Calls**
CALL OR TEXT ME IM WAITING!!!! ☆**702*Six7Four*6077**☆**I Accept ALL Major Credit Cards**
Portland,Vancouver,Beaverton,Gresham

Poster's age: 21

  • Location: Portland, Pdx Airport Incall/Outcall Vancouver

  • Post ID: 7977282 portland

**Email this ad**



Enlarge Picture



Enlarge Picture



Enlarge Picture

USAO-BP-0024349 **ER 7174**

## "AD Recreation"

http://posting.palmdale.backpage.com/online/classifieds/PostAdPPI.html/pmd/palmdale.backpage.com

# Sensual ◐◑ Sexy ♦ Young ♥♥ Puerto Rican ☺♛ - 19
Posted: Saturday, August 15, 2015 11:47 am                                    .

My name is Clova and I'm always down for a good time. I'm happy if youre happy ☺
I'm 5'3 120lbs and I have big brown eyes and curly hair. Sessions last around 30
min. And donations are negotiable but I ask for 120 for hooking up. 150 for
hooking up with head. And 60 for head. Incall only. Call only to (951)373-7003.
Ask about my two girl special 👭

Poster's age: 19

- Location: Lancaster
- Post ID: 56338699



USAO-BP-0033030 ER 7175

"AD Recreation"



USAO-BP-0033031 ER 7176

## "AD Recreation"



"AD Recreation"



USAO-BP-0033033 ER 7178

"AD Recreation"



USAO-BP-0033034 ER 7179