UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JOHN BRUNST, AKA Jed, Defendant - Appellant. | No. 24-5374 D.C. No. 2:18-cr-00422-DJH-4 District of Arizona, Phoenix ORDER |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SCOTT SPEAR, Defendant - Appellant. | No. 24-5375 D.C. No. 2:18-cr-00422-DJH-3 District of Arizona, Phoenix |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MICHAEL LACEY, Defendant - Appellant. | No. 24-5376 D.C. No. 2:18-cr-00422-DJH-1 District of Arizona, Phoenix |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed a notice of intent to file publicly Volumes 54 and 55 of the excerpts of record. *See* 9th Cir. R. 27-13(f). The notice states that appellee does not object. The clerk will therefore unseal the notice (Docket Entry No. 66.1 in Appeal No. 24-5374) and file publicly the individual opening briefs (Docket Entry Nos. 91, 92 & 93 Appeal No. 24-5374), Volumes 1-55 of the excerpts of record (Docket Entry Nos. 67 & 74 in Appeal No. 24-5374), and Volumes 1-2 of appellant John Brunst's excerpts of record (Docket Entry No. 72 in Appeal No. 24-5374).

The existing briefing schedule remains in effect.