UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 24-5374, 24-5376, 24-5375 |
| Plaintiff - Appellee, | D.C. No. 2:18-cr-00422-DJH-4 |
| v. | District of Arizona, Phoenix |
| JOHN BRUNST, AKA Jed, et al. | ORDER |
| Defendants - Appellants. | |

The opening brief submitted by Appellant Michael Lacey is filed.

Within 7 days of this order, Appellant Michael Lacey must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT