| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 21 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff - Appellee,<br><br>  v.<br><br>JOHN BRUNST, AKA Jed, et al.<br>  Defendants - Appellants. | Nos. 24-5374, 24-5376, 24-5375<br><br>D.C. No. 2:18-cr-00422-DJH-4<br>District of Arizona, Phoenix<br><br>ORDER |

The opening brief submitted by Appellant Scott Spear is filed.

Within 7 days of this order, Appellant Scott Spear must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Scott Spear are filed. Volumes 55 and 56 filed under seal. Within 7 days of this order, Appellant Scott Spear is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT