CA NO. 24-5374, 24-5375, 24-5376

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JOHN BRUNST, SCOTT SPEAR, and MICHAEL LACEY,<br><br>Defendants-Appellants. | DC No. 2:18-cr-00422-DJH |

**UNOPPOSED MOTION FOR PERMISSION TO FILE CORRECTED BRIEF OF AMICI CURIAE FEDERAL PUBLIC DEFENDER FOR THE CENTRAL DISTRICT OF CALIFORNIA AND NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS ("NACDL"), IN SUPPORT OF DEFENDANTS-APPELLANTS**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ARIZONA

HONORABLE DIANE J. HUMETAWA
United States District Judge

| | |
|---|---|
| DONALD M. FALK<br>Schaerr Jaffe LLP<br>Four Embarcadero Center,<br>  Suite 1400<br>San Francisco, California 94111<br>Telephone: (415) 562-4942<br>Email: dfalk@schaerr-jaffe.com | CUAUHTEMOC ORTEGA<br>Federal Public Defender<br>MARGARET A. FARRAND<br>Deputy Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, California 90012-4202<br>Telephone: (213) 894-2854<br>Email: Margaret_Farrand@fd.org |
| Attorneys for NACDL | Attorneys for Amici Curiae |

Amici curiae Federal Public Defender for the Central District of California and National Association of Criminal Defense Lawyers ("NACDL"), by and through counsel of record Deputy Federal Public Defender Margaret Farrand, hereby request permission from this Court to file an corrected Brief of Amici Curiae in support of Defendants-Appellants. The government does not oppose this request. *See* Declaration of Counsel, below. This motion is based upon the attached Declaration of Counsel, all files and records in this case, and any other information the Court may request.

> Respectfully submitted,
>
> CUAUHTEMOC ORTEGA
> Federal Public Defender

DATED: July 21, 2025   By */s/ Margaret A. Farrand*
　　　　　　　　　　　　　　MARGARET A. FARRAND
　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　Attorneys for Amici Curiae

　　　　　　　　　　　　　　DONALD M. FALK
　　　　　　　　　　　　　　Schaerr Jaffe LLP
　　　　　　　　　　　　　　Attorneys for National Association of Criminal Defense Lawyers

1

## DECLARATION OF MARGARET A. FARRAND

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct:

I am a Deputy Federal Public Defender in the Central District of California, and counsel of record for Amici Curiae Federal Public Defender for the Central District of California and National Association of Criminal Defense Lawyers ("NACDL") (collectively, "FPD and NACDL Amici").

On June 10, 2025, each of the three defendants-appellants in these consolidated appeals filed an oversized opening brief. (Docket nos. 65, 68, 71.) On June 13, 2025, pursuant to Federal Rule of Appellate Procedure 29(a)(2) and (6), FPD and NACDL Amici filed a brief of amici curiae in support of defendants-appellants. (Docket no. 76.) This Court accepted that amicus brief for filing. (Docket no. 78.)

On June 24, 2025, this Court issued an order striking each of the defendants'-appellants' opening briefs, and directed them to file a single consolidated opening brief. (Docket no. 86.) On July 1, 2025, this Court issued an order clarifying its June 24, 2024 order, stating that the defendants'-appellants' previously-filed opening briefs remained stricken, but that each defendant-appellant was granted permission to

1

file an individual opening brief of no more than 15,000 words no later than July 14, 2025. (Docket no. 90.) Pursuant to that order, on July 14, 2025, each of the three defendants-appellants filed a corrected opening brief. (Docket nos. 91-93.)

Because the pagination of defendants'-appellants' corrected opening briefs differed from that of their originally-filed opening briefs, and the FPD and NACDL amicus brief cited those briefs, on July 16, 2025 FPD and NACDL Amici refiled the amicus brief they had previously filed after the initial opening briefs were filed, with corrected page citations corresponding to the defendants-appellants' corrected briefs. (Docket no. 94.) The corrected amicus brief also added a revised citation to one case, *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 604 U.S. ___; 145 S.Ct. 1556 (June 5, 2025), because only the Westlaw citation had been available at the time the original amicus brief was filed. Other than that, the corrected amicus brief was identical to the originally-filed one.

Today, Monday, July 21, 2025, I received an email from this Court, stating that it is necessary for FPD and NACDL Amici to file a motion for leave to file the corrected amicus brief; it was not sufficient simply to file the corrected amicus brief without a motion.

Consequently, I am filing the instant motion on behalf of the FPD and NACDL Amici, requesting the Court's permission to file the corrected Amicus brief attached to this motion.

Also today, Monday, June 21, 2025, I sent an email message to Assistant United States Attorney Paul Crane, counsel for the government in this matter, requesting the government's position on this motion. Mr. Crane said the government does not oppose it.

Executed on July 21, 2025, at New York, New York.

*s/ Margaret A. Farrand*
MARGARET A. FARRAND
Deputy Federal Public Defender

3