Nos. 24-5374, 24-5375, 24-5376

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MICHAEL LACEY, SCOTT SPEAR, and JOHN ("JED") BRUNST,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Arizona, The Honorable Diane J. Humetewa, Presiding.
Nos. 2:18-cr-00422-DJH-4, 2:18-cr-00422-DJH-3, 2:18-cr-00422-DJH-1

**UNOPPOSED MOTION FOR PERMISSION TO FILE
CORRECTED BRIEF OF AMICI CURIAE
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,
REASON FOUNDATION, WOODHULL FREEDOM
FOUNDATION, ELECTRONIC FRONTIER FOUNDATION, AND
FLOOR64, INC. IN SUPPORT OF DEFENDANTS-APPELLANTS**

Robert Corn-Revere
James C. Grant
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
jim.grant@thefire.org

Counsel for *Amici Curiae*

Amici curiae the Foundation for Individual Rights and Expression, the Reason Foundation, the Woodhull Freedom Foundation, the Electronic Frontier Foundation, and Floor64, Inc., by and through counsel of record, hereby request permission from this Court to file a corrected Brief of Amici Curiae in support of Defendants-Appellants.

Amici filed their original brief in this action on June 17, 2025, Doc. 80.1, and the Court entered an order accepting the brief for filing on June 18, 2025, Doc. 82.1. Subsequently, the Court entered orders disallowing the Defendant-Appellants' opening briefs and directing them to file shorter briefs, Docs. 86, 90, which the parties did on July 14, 2025. Docs. 91.1, 92.1, 93.1.

Amici move the Court for permission to file the accompanying corrected brief, which contains updated page references to Defendants-Appellants' briefs as they have been revised and resubmitted per the Court's orders. Amici's corrected brief does not otherwise differ from the original version filed June 17, 2025.

Counsel for Amici have contacted government counsel, who indicate that they do not object to filing of the corrected brief.

Amici therefore respectfully request that the Court allow filing and consideration of the corrected brief in this appeal.

                                        Respectfully submitted,

                                        ROBERT CORN-REVERE

DATED: August 1, 2025        s/ Robert Corn-Revere
                                        Chief Counsel, Foundation for
                                        Individual Rights and Expression

                                        James C. Grant
                                        Deputy Chief Counsel, Foundation for
                                        Individual Rights and Expression

                                        Counsel for Amicus Curiae