**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN BRUNST, AKA Jed, <br><br> Defendant - Appellant. | No. 24-5374 <br><br> D.C. No. 2:18-cr-00422-DJH-4 <br> District of Arizona, Phoenix <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SCOTT SPEAR, <br><br> Defendant - Appellant. | No. 24-5375 <br><br> D.C. No. 2:18-cr-00422-DJH-3 <br> District of Arizona, Phoenix |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MICHAEL LACEY, <br><br> Defendant - Appellant. | No. 24-5376 <br><br> D.C. No. 2:18-cr-00422-DJH-1 <br> District of Arizona, Phoenix |

The motions (Docket Entry Nos. 99 and 106) to file replacement amicus briefs are granted. The clerk will strike the amicus briefs at Docket Entry Nos. 76 and 80 and file the replacement amicus briefs at Docket Entry Nos. 94 and 107.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT