Nos. 24-5374, 24-5375, 24-5376

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SCOTT SPEAR

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**DEFENDANT-APPELLANT SCOTT SPEAR'S JOINDER IN
DEFENDANT-APPELLANT JOHN BRUNST'S OPPOSITION TO
GOVERNMENT'S MOTION FOR FIVE-MONTH EXTENSION OF TIME
TO FILE CONSOLIDATED ANSWERING BRIEF**

_____

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
abell@cohen-williams.com

*Attorney for Defendant-Appellant Scott Spear*

In a case involving more than one appellant or appellee, including consolidated cases, any number of appellants or appellees may join in a brief, and any party may adopt by reference a part of another's brief. Parties may also join in reply briefs. Fed. R. App. P. 28(i). Per Rule 28(i), to avoid unnecessary repetition of issues in multiple briefs, Defendant-Appellant Scott Spear hereby joins Defendant-Appellant John Brunst's Opposition to Government's Motion for Five-Month Extension of Time to File Consolidated Answering Brief (Dkt No. 109). For the reasons stated therein, and for the reasons stated in Mr. Spear's concurrently-filed under seal Declaration of Counsel, the government's request should be denied or bail pending appeal should be granted.

Dated: August 11, 2025 **COHEN WILLIAMS LLP**

By: _/s/ Alyssa D. Bell_
Alyssa D. Bell

*Attorney for Defendant-Appellant Scott Spear*