Nos. 24-5374, 24-5375, 24-5376

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SCOTT SPEAR

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the District of
Arizona, The Honorable Diane J. Humetewa, Presiding.
CR No. 2:18-cr-00422-DJH

_____

**DEFENDANT-APPELLANT SCOTT SPEAR'S JOINDER IN
DEFENDANT-APPELLANT JOHN BRUNST'S RENEWED MOTION FOR
BAIL PENDING APPEAL**

_____

Alyssa D. Bell
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
abell@cohen-williams.com

*Attorney for Defendant-Appellant Scott Spear*

In a case involving more than one appellant or appellee, including consolidated cases, any number of appellants or appellees may join in a brief, and any party may adopt by reference a part of another's brief.  Parties may also join in reply briefs.  Fed. R. App. P. 28(i).  Per Rule 28(i), to avoid unnecessary repetition of issues in multiple briefs, Defendant-Appellant Scott Spear hereby joins Defendant-Appellant John Brunst's Renewed Motion for Bail Pending Appeal (Dkt No. 110).  For the reasons stated therein, Mr. Spear submits that his appeal will raise substantial, fairly debatable issues—including issues of first impression in this Circuit—and bail pending appeal should be granted.

Dated:  August 11, 2025  **COHEN WILLIAMS LLP**

By:  */s/ Alyssa D. Bell*
Alyssa D. Bell

*Attorney for Defendant-Appellant Scott Spear*