UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN BRUNST, AKA Jed,<br><br>Defendant - Appellant. | No. 24-5374<br><br>D.C. No.<br>2:18-cr-00422-DJH-4<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SCOTT SPEAR,<br><br>Defendant - Appellant. | No. 24-5375<br><br>D.C. No.<br>2:18-cr-00422-DJH-3<br><br>District of Arizona,<br>Phoenix |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL LACEY,<br><br>Defendant - Appellant. | No. 24-5376<br><br>D.C. No.<br>2:18-cr-00422-DJH-1<br><br>District of Arizona,<br>Phoenix |

This case is removed from Monday, November 16 in Phoenix and will be rescheduled on the next available calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT